

# Summary of Current City of St. Louis Department of Health COVID-19 Guidance for Isolation, Quarantine and Transmission-Based Precautions

- *The City of St. Louis Department of Health recommends adhering to isolation periods of ten days if you are unable to take an antigen test at day 5*. Additional guidance is provided below.
- If a person falls into more than one category, use the more conservative guideline or longest duration.
- With rare exceptions described below, people who test positive for COVID-19 and recover should not be retested after their isolation period, and do not need to quarantine for the three months (90 days) following their date of symptom onset (or date of first positive test if they had no symptoms) per the City of St. Louis Department of Health (CSTLDOH) guidance. This applies even if they have a new exposure to COVID-19. For more information, visit the [CDC webpage](#) on isolation and quarantine.
- A negative PCR test should not be required before someone with confirmed COVID-19 returns to work. This is because viral RNA may be detected for several weeks or months after someone is no longer infectious.
- Health care personnel (HCP) should notify their employer if they are diagnosed with COVID-19, have symptoms consistent with COVID-19, or have an exposure to a person diagnosed with COVID-19. HCP must adhere to their employer's guidance, which may be more conservative than that of CDC, CSTLDOH. Guidance for health care workers is not included in this guideline. Please refer to the [CDC's policy page for HCP](#).
- For more information on symptoms and home isolation, visit the CSTLDOH [COVID-19 webpage](#) and select the Treatments tab on the left.
- **Proper selection and wearing of masks remains a critical component of risk mitigation.** Please see below for guidance.

**EXHIBIT BB**

**Definitions**
- **Isolation** is the separation of people who have a contagious disease to prevent them from transmitting it to others.
- **Quarantine** is the separation of people without symptoms who were exposed to a contagious disease to prevent them from further transmitting should they go on to develop the disease.
- **Transmission-based precautions** are to be used in addition to standard precautions for patients who may be infected with SARS-CoV-2 or other agents for which additional precautions are needed. For complete infection control guidance for COVID-19, please refer to the CDC's [Infection Control Guidance](#) webpage.
- People are considered **fully vaccinated** against COVID-19 starting:
  - Two weeks (14 days) after receiving the second dose in a two-dose series (such as Pfizer-BioNTech or Moderna) OR
  - Two weeks (14 days) after they have received a single-dose vaccine (such as Johnson and Johnson/Janssen).
  - There is currently no post-vaccination time limit on fully vaccinated status. Additional doses and boosters are not required to be considered fully vaccinated.
- **Diagnostic tests** include any SARS-CoV-2 Nucleic acid amplification-based testing such as a PCR test or antigen test, including at-home diagnostic tests. For more information on at-home tests, visit [the CDC webpage on self-testing](#). *Note that at-home test results may not be accepted for some purposes, such as school, employer or travel testing requirements, and are not appropriate for use in hospitalized patients*. Diagnostic tests do **not** include antibody tests.

# FACE MASKS: MATERIALS AND WEARING

The CDC advises wearing face masks or respirators for all individuals who are able to appropriately do so. CSTLDOH recommends that everyone properly wear a face mask when in public spaces and when they will be in the company of anyone who does not live in their household. When worn properly, face **masks** primarily contain exhaled respiratory droplets and particles, while providing some protection against inhaling materials exhaled by others. **Respirators** protect against inhalation of particles as well as containing exhaled respiratory droplets and particles.

| Type of Face Covering | Level of Protection | Advisory |
|---|---|---|
| KN95 respirators | Designed to meet international safety standards | • Difficult to wear with facial hair<br>• Cannot be washed<br>• Many sold in the US are counterfeit and do not meet standards – check here before purchasing |
| N95, N99, N100, P95, P99, P100, R95, R99, and R100 respirators | Approved by National Institute for Occupational Safety and Health (NIOSH) | • Difficult to wear with facial hair<br>• Cannot be washed<br>• Must have an approval label and NIOSH Certified Equipment number to be genuine<br>• See here for trusted sources |
| Workplace Performance Masks and Workplace Performance Plus Masks | Meets NIOSH performance criteria for workplace safety | • Can be difficult to find<br>• May not be reusable |
| Cloth mask covering a medical procedure mask OR medical procedure mask with a fitter or brace | A fitted cloth mask worn over a medical procedure mask greatly reduces transmission of particles | • Medical procedure masks are single-use<br>• Cloth masks must fit snugly to the cheeks – see here for additional criteria |
| Double-layered cloth mask with filter OR medical procedure mask | A 3-ply cloth mask or a medical procedure mask will reduce transmission of particles | • Cloth masks are reusable<br>• While this option still provides protection, care must be taken to keep masks free of contaminants |

| Overview of Quarantine, Isolation and Transmission-Based Precautions for City of St. Louis Department of Health | | |
|---|---|---|
| **What to do if a person has a positive diagnostic test for or symptoms of COVID-19**[2] | **Isolation** | **Individuals can discontinue isolation:** |
| **Non-hospitalized people, including HCP; visit the CSTLDOH webpage for additional guidance.** Note: Does not apply to people who are severely immunocompromised; see below. | | |
| For: <ul><li>Asymptomatic or symptomatic individuals AND</li><li>Regardless of vaccination status</li></ul> | Isolate at home or residence | <ul><li>After 5 days IF fever-free for 24 hours without medication</li><li>On day 10 if an antigen test taken on day 5 is positive</li></ul> |
| Individuals must also continue to properly wear a well-fitting mask around others for 10 days after the start of symptoms, or after receiving a positive test | | |
| **Precautions and guidance for severely immunocompromised people in any setting\*** | | |
| Individuals should speak with their medical provider(s) to determine if they are identified as severely immunocompromised | Isolation, or transmission-based precautions for those receiving medical care | At the discretion of their healthcare provider. |

| Vaccination Status | Quarantine for: |
|---|---|
| **For households experiencing COVID-19 amongst multiple family members: all family members should remain socially distanced and separate from each other. For individuals who cannot remain socially distanced:** ||
| - Family member who is not ill has completed the recommended series of vaccine doses, including boosters and additional primary shots for some immunocompromised individuals, **OR**<br>- Has recovered from COVID-19 within the last 90 days (with a confirmed positive viral test) | - No quarantine is required, but properly wear a [well-fitting mask](#) around others for 10 days from the date of exposure |
| - Family member who is not ill has completed primary series of vaccine doses, but has not received a recommended booster dose when eligible, **OR**<br>- Is unvaccinated | **For individuals who cannot remain socially distanced:**<br><br>- Not symptomatic:<br>  - Stay at home for five (5) days or while the positive family member has symptoms. Once symptoms have resolved, get tested to learn your status.<br>    - If the test is negative, resume your regular activities<br>    - If the test is positive, refer to the guidelines for isolation<br>- Symptomatic:<br>  - Stay at home<br>  - Get tested at day 5<br>  - Testing means (1) PCR test or (2) antigen tests in a 24-hour period<br>    - For a positive test, stay home an additional 5 days<br>  - Properly wear a [well-fitting mask](#) around others at home and in public for an additional 5 days |
| **NOTE: Individuals who cannot wear a mask appropriately must quarantine for ten (10) days.** ||

| Vaccination Status | Quarantine for: |
|---|---|
| A person who has been in close contact with someone who has a positive COVID-19 diagnostic test should quarantine: ||
| - Has completed the recommended series of vaccine doses, including boosters and additional primary shots for some immunocompromised individuals **OR**<br>- Has recovered from COVID-19 within the last 90 days (with a confirmed positive viral test) | - No quarantine is required, but properly wear a well-fitting mask around others for 10 days from the date of exposure |
| - Has completed primary series of vaccine doses, but has not received a recommended booster dose when eligible<br>- Unvaccinated | - Asymptomatic:<br>  - Stay at home for 5 days after last contact<br>  - Properly wear a well-fitting mask around others at home and in public for an additional 5 days<br>- Symptomatic:<br>  - Stay at home<br>  - Get tested at day 5<br>  - Testing means (1) PCR test or (2) antigen tests in a 24-hour period<br>    - For a positive test, stay home an additional 5 days<br>  - Properly wear a well-fitting mask around others at home and in public for an additional 5 days |
| **NOTE: Individuals who cannot wear a mask appropriately must quarantine for ten (10) days.** ||

**Notes**

*CDC defines severely immunocompromised as certain conditions, including being on chemotherapy for cancer, untreated HIV with CD4 count of less than 200, combined primary immunodeficiency disorder, and receipt of prednisone of more than 20 milligrams per day for more than 14 days, that may cause a higher degree of immunosuppression and therefore require different isolation considerations. Per CSTLDOH guidance, severely immunocompromised patients who were asymptomatic at the time of their first positive test and subsequently developed symptoms attributed to COVID-19 must isolate for at least 5 days and up to 20 days after symptom onset at the discretion of their healthcare provider.

**The City of St. Louis Department of Health may change recommendations as the situation evolves.**

Page 6