EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s). |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | [X] FEPA | E-10/21- 53410 |
| | [ ] EEOC | 28E-2022-00122C |

| Missouri Commission On Human Rights | and EEOC |
|---|---|

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mr. Paul Perniciaro ██████████████████.com | ████████████ | ████████ |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| ████████████ | ████████████ | ██ |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| Saint Louis Public Schools | 15+ | 314.231.3720 |

| Street Address | City, State and ZIP Code |
|---|---|
| 801 N. 11th Street | Saint Louis, MO 63128 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

[ ] RACE  [ ] COLOR  [ ] SEX  [X] RELIGION  [ ] NATIONAL ORIGIN

[ ] RETALIATION  [ ] AGE  [ ] DISABILITY  [ ] OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE
9/21/2021

[ ] CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the Respondent in January of 2009. On 8/24/2021, the Respondent announced that any employee not fully vaccinated by October 15, 2021 without a religious or disability accommodation would be terminated. On 9/21/2021, I applied for a religious exemption from the COVID-19 vaccine. In my exemption request I expressed that part of the reason why I was prohibited from taking the COVID-19 vaccine was due to my sincerely held belief that all life is sacred and life starts at conception. I wrote, "I believe that the killing of an unborn child (abortion) constitutes the murder of an innocent human and violates my religious principles." I wrote that all of the available COVID-19 vaccines were "derived from manufactured with, tested on, developed with, produced by, or otherwise connected to aborted fetal cell lines." I do not want to in any way benefit from something that has any association, however remote, with abortion. I was informed on 9/21/2021 that my request for a religious exemption was denied. I attempted to submit additional information in the hopes of being granted an exception, but I was not successful in getting one. I submitted additional information on 9/22/2021, but that second request was also denied. Since 10/18/2021, I have been placed on administrative leave until I have an employee relations hearing on 11/19/2021.

I believe I was denied a religious accommodation by the Respondent.
1) I applied for a religious accommodation on 9/21/2021. I was informed later that day that my religious accommodation request for an exemption of the COVID-19 vaccine was denied.
2) I was denied a second time on 9/22/2021.

I believe I was suspended by the Respondent due to my religion, Christian.
1) I was suspended on 10/18/2021 until 11/19/2021 when I will have a hearing.
2) This is due to my inability to take the COVID-19 vaccine for religious reasons.

As remedy, I desire an end to the discrimination and anything else the Commission deems just and proper.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| X 10-28-21 X _____ Date    Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

FILED

OCT 28 2021

MISSOURI COMMISSION
ON HUMAN RIGHTS

Exhibit
10

EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

| | PERSON FILING CHARGE |
|---|---|
| | **Paul Perniciaro** |
| | THIS PERSON (check one or both) |
| | [X] Claims To Be Aggrieved |
| **SAINT LOUIS PUBLIC SCHOOLS**<br>**801 N. 11th Street**<br>**Saint Louis, MO 63128** | [ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**28E-2022-00122** |
| | FEPA CHARGE NO.<br>**E-10/21-53410** |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____ .
*(FEP Agency)*

[X] The **Missouri Commission On Human Rights** and sent to EEOC for dual filing purposes.
*(FEP Agency)*

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency.
For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s): Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] Race   [ ] Color   [ ] Sex   [X] Religion   [ ] National Origin   [ ] Age   [ ] Disability   [ ] Retaliation   [ ] Genetic Information   [ ] Other

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **November 4, 2021** | **Lloyd J. Vasquez, Jr.,**<br>**District Director** | |



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

**CHARGE OF DISCRIMINATION**

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC *560-2022-00358* |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Alice Crockett | Date of Birth ▇▇ | Home Telephone No. (Include Area Code) ▇▇ |
| --- | --- | --- |
| Street Address ▇▇ | City, State and Zip Code ▇▇ | County ▇▇ |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| --- | --- | --- |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race    ☐ Color    ☐ Sex
☐ National Origin    ☒ Religion    ☐ Age
☐ Disability    ☒ Retaliation    ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2001. I am a tenured certified teacher in the district.
On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor.  The request for an exemption was denied by the district. I asked for reasons for the denial and for an outline of how the district evaluated religious exemption requests, what their criteria was, who reviewed the request for religious exemptions and whether their was a review process. The district refused to provide me answers to my questions.
Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions.  I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
I spoke at a board of education meeting on October 12, 2021 regarding myself and other employees of the district to seek the district to amend their COVID policy.  I indicated that frequent testing was a viable alternative to termination of employees who were not vaccinated and discussed that other districts have adopted frequent testing of non vacinnated staff.  I also addressed the staffing shortages that were present in the district which are contrary to the welfare of the children and funding guidelines.  Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties.
The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 20, 2021 in which he indicated that the district was suspending me without pay and that he was reccommending to the board that I be discharged from my employment with the St. Louis Public Schools.
The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| x *Alice D.B. Crockett*    11/3/21<br>Charging Party (Signature)    Date | x *Alice B Crockett*<br>Signature of Complainant<br>Subscribed and sworn to before me this 3rd (day, month and Year) |

KEVIN KASPER
Notary Public - Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MCHR 27 (4-99) AI

1 of 2

actions seeking an exemption and testifying at the board meeting in opposition to the district and boards' discriminatory policies. The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination.   The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact.  The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, in-cluding but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| x _Calvin B. Crockett_   11/3/21 | x _Calvin B. Crockett_ |
| Charging Party *(Signature)*          Date | Signature of Complainant |
| | 11/3/21 |
| | Subscribed and sworn to before me this date *(Day, month and year)* |

Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MOHR-27-2 AI

2 of 2



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC 560-2022-00167 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Amira Herndon | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| --- | --- | --- |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race  ☐ Color  ☐ Sex
☐ National Origin  ☒ Religion  ☐ Age
☐ Disability  ☒ Retaliation  ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 1998. I am a tenured certified teacher in the district.
On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption. The request for an exemption was denied by the district.
It is my understanding that the district has refused all requests for religious exemption. The district has not given reasons for the denials other than boilerplate rhetoric and has refused to provide an outline of how the district evaluated religious exemption requests, what their criteria was, who reviewed the request for religious exemptions and whether there was a review process. Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 19, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.
The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption and complaining about the district and boards' discriminatory policies.
The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

Charging Party *(Signature)*

AMANDA L. MILLER
Notary Public - Notary Seal
St. Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

Signature of Complainant

9 Nov 2021
Subscribed and sworn to before me this date *(Day, month and Year)*

1 of 2

NOV 15 2021

MCHR-27 (4-99) AI

their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
NOV 15 2021
EEOC
ST. LOUIS DISTRICT

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | X _Amira S. Herndon_  11/9/2021 |
| X _Amira S. Herndon_  11/9/2021 | Signature of Complainant |
| Charging Party *(Signature)*   Date | 9 Nov 2021 |
| | Subscribed and sworn to before me this date *(Day, month and Year)* |

AMANDA J MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

28+ 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

Enter Charge Number
☐ FEPA
☒ EEOC  *560-2021-02640*

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Michelle Johnson | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11ᵗʰ Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race ☐ Color ☐ Sex
☐ National Origin ☒ Religion ☐ Age
☐ Disability ☒ Retaliation ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2020121-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2012. I am a tenured certified teacher in the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying written statements outlining by beliefs by myself, my pastor and a member of my church. The request for an exemption was denied by the district.

It is my understanding that the district has refused all requests for religious exemption. The district has not given reasons for the denials other than boilerplate retoric and has refused to provide an outline of how the district evaluated religious exemption requests, what their criteria was, who reviewed the request for religious exemptions and whether there was a review process.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

I filed an internal discrimination complaint on September 29, 2021 for the districts discrimination against me because of my sincerely held religious belief. The district did not repond to my complaint of discrimination.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 20, 2021 in which he indicated that the district was suspending me without pay and that he was reccommending to the board that I be discharged from my employment with the St. Louis Public Schools.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption and complaining about the district and boards' discriminatory policies.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X *Michelle J Johnwe*
Charging Party *(Signature)*   Date 11/3/21

X *Michelle J Johnwe*
Signature of Complainant

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

Subscribed and sworn to before me this date *(Day, month and Year)*
NOV 15 2021

8 *November 2021*

EEOC
ST. LOUIS DISTRICT

1 of 2

MCHR-27 (4-99) AI

and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
NOV 15 2021
EEOC
ST. LOUIS DISTRICT

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

| I declare under penalty of perjury that the foregoing is true and correct. | |
|---|---|
| x _____  11/8/21 | x _____ |
| Charging Party *(Signature)*              Date | Signature of Complainant |
| | 8 *November* 2021 |
| | Subscribed and sworn to before me this date *(Day, month and Year)* |

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC 560-2022-00157 |

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Mr. Johnnie McCreary | | |
| --- | --- | --- |
| Street Address ██████ ██ | Date of Birth | Home Telephone No. (Include Area Code) |
| | City, State and Zip Code ██████ | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (if more than one list below).

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| --- | --- | --- |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on (Check appropriate box(es)) | | | Date Discrimination took Place (Month, Day, Year) |
| --- | --- | --- | --- |
| ☐ Race | ☐ Color | ☐ Sex | |
| ☐ National Origin | ☒ Religion | ☐ Age | August 2020121-Present |
| ☐ Disability | ☒ Retaliation | ☐ Other (Specify) | ☒ Continuing Action |

The Particulars Are (If additional space is needed, attach extra sheet(s)):

I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 1983. I am a tenured certified teacher in the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption. The request for an exemption was denied by the district.

It is my understanding that the district has refused all requests for religious exemption. The district has not given reasons for the denials other than boilerplate rhetoric and has refused to provide an outline of how the district evaluated religious exemption requests, what their criteria was, who reviewed the request for religious exemptions and whether there was a review process. Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us has been approved for an exemption.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 19, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption and complaining about the district and boards' discriminatory policies.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
| --- | --- |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | X [signature] McCreary 11-9-21 Signature of Complainant |
| [signature] 11-9-21 Charging Party (Signature) | 9 Nov 2021 Subscribed and sworn to before me this date (Day, month and Year) |
| AMANDA L. MILLER Notary Public - Notary Seal St Charles County - State of Missouri Commission Number 13534807 My Commission Expires Oct 6, 2025 | |

MCHR-27 (4-99) AI

their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X _____  11-9-21
Charging Party (Signature)

AMANDA L. MILLER   Date
Notary Public - Notary Seal
St. Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

NOTARY – (When necessary to meet State and Local Requirements)

_____

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

X _____  11-9-21
Signature of Complainant

9 Nov 2021
Subscribed and sworn to before me this date (Day, month and Year)

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

## CHARGE OF DISCRIMINATION

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC 560-2022-00857 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Ashley Moore | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| --- | --- | --- |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
| --- | --- | --- | --- |
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I began working for the Board of Education of the City of St. Louis & Saint Louis Public School District in 2011 as a substitute teacher. I left in 2012 and returned in January 2019 as a substitute. My title was changed to Credit Recovery Facilitator in 2020.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. The district indicated that it would allow employees to seek exemptions, and they would be allowed to test twice weekly if the request was granted.

I applied for a religious exemption including supplying a written statement outlining my beliefs, which included my history of seeking similar exemptions from universities and a statement from my church elder. The request for an exemption was denied by the district. The district did not grant any religious exemption requests.

Other districts in the State of Missouri have implemented procedures where employees and teachers without COVID-19 vaccinations are able to continue working and teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption. Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district suspended me with pay on October 11, 2021. St. Louis Public Schools terminated me on October 16, 2021. The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
| --- | --- |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____<br>Charging Party *(Signature)*<br><br>JAN 10 2022<br>EEOC<br>ST. LOUIS DISTRICT | X _____<br>Signature of Complainant<br><br>KEVIN KASPER<br>Notary Public, Notary Seal<br>State of Missouri<br>St. Charles County<br>Commission # 15386761<br>My Commission Expires 09-30-2023<br><br>Subscribed and sworn to before me this date *(Day, month and Year)* 1/6/2022 |

MCHR-27 (4-99) AI

1 of 2

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

RECEIVED
JAN 10 2022
EEOC
ST. LOUIS DISTRICT

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    1/6/2022
Charging Party *(Signature)*           Date



X _____
Signature of Complainant

1-6-2022

Subscribed and sworn to before me this date *(Day, month and Year)*

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

| Enter Charge Number |
| ☐ FEPA |
| ☒ EEOC 560-2022-01130 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Angel Scott | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race   ☐ Color   ☐ Sex
☐ National Origin   ☒ Religion   ☐ Age
☐ Disability   ☒ Retaliation   ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2020121-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*.
I began working for the Board of Education of the City of St. Louis & Saint Louis Public School District in 2018 as a Safety Officer. I have worked as a Turnaround Interventionist since 2021.
On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.
Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other employees which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.
The district suspended me with pay on October 11, 2021. St. Louis Public Schools then terminated me on October 16, 2021. I received a call on October 20, 2021 and was told it was a mistake and that I should go back to work. I went to work on October 20, 2021. They called me at work and told me to go to the main office. They terminated me a second time on October 21, 2021 for allegedly violating policy.
The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.
I have learned that the district reversed its policy and withdrew the statement of charges against the certified teachers in January

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____<br>Charging Party *(Signature)*<br>2/10/22 | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>X _____<br>Signature of Complainant<br>2/10/22<br><br>KEVIN KASPER<br>Notary Public, Subscribed and sworn to before me this date *(Day, month and Year)*<br>State of Missouri<br>St. Charles County<br>Commission # 15386761<br>My Commission Expires 09-30-2023 |

RECEIVED
FEB 16 2022
EEOC
ST. LOUIS DISTRICT

1 of 2                                    MCHR-27 (4-99) AI

2022. They also rehired several of the noncertified employee's whom they had previously terminated when their requests for religious exemptions were denied. The district has agreed to grant the certified teachers' and several noncertified teacher's religious exemptions of twice per week testing. This is an indication that the accommodation is available without undue cost to the district. The district and board has discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
FEB 16 2022
EEOC
ST. LOUIS DISTRICT

| | |
|---|---|
| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| X _____  2/10/22 | X _____ Signature of Complainant |
| Charging Party *(Signature)* | 2/10/22 |
| | Subscribed and sworn to before me this date *(Day, month and Year)* |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2                MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC 560-2022-01112 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Mr. Nicholas Williams | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| --- | --- | --- |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
| --- | --- | --- | --- |
| ☐ Race | ☐ Color | ☐ Sex | |
| ☐ National Origin | ☒ Religion | ☐ Age | August 2020121-Present |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(if additional space is needed, attach extra sheet(s)):*
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District for approximately one year as a custodian.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district.

The St. Louis Public Schools terminated me on October 15, 2021 for allegedly violating board policy.
Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

The district reversed its policy and withdrew the statement of charges against the certified teachers in January 2022. The district has agreed to grant the certified teachers' religious exemptions of twice per week testing. This is an indication that the accommodation is available without undue cost to the district.

The district offered me to be reinstated on January 29, 2022 and indicated they were granting my religious exemption. They are now

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>x *[signature]* 2/8/22<br>Charging Party *(Signature)* | x *[signature]* Nicholas Williams<br>Signature of Complainant   2/8/22<br><br>KEVIN KASPER<br>Notary Public, Notary Seal Subscribed and sworn to before me this date *(Day, month and Year)*<br>State of Missouri<br>St. Charles County<br>Commission # 15386761<br>My Commission Expires 09-30-2023   1 of 2 |

MCHR-27 (4-99) AI

RECEIVED
FEB 16 2022
EEOC
ST. LOUIS DISTR...

allowing twice per week testing as an accommodation.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district initially refused to grant my religious exemption request and left me unemployed for over three months which included the Thanksgiving and Christmas holidays. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.
The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
FEB 1 6 2022

| <br>☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* <br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. <br><br>x _____ 2/8/22 <br>Charging Party *(Signature)*   Date | x _____ <br>Signature of Complainant <br><br>2/8/22 <br>KEVIN KASPER <br>Notary Public Subscribed and sworn to before me this date *(Day, month and Year)* |

State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2          MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC **560-2022-00891**

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Missouri Commission on Human Rights and EEOC | | |
|---|---|---|
| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Wanda Brandon | Date of Birth | Home Telephone No. (Include Area Code) |
| Street Address | City, State and Zip Code | County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.**

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on (Check appropriate box(es)) | | | Date Discrimination took Place (Month, Day, Year) |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | |
| ☐ National Origin | ☒ Religion | ☐ Age | August 2020121-Present |
| ☐ Disability | ☒ Retaliation | ☐ Other (Specify) | ☒ Continuing Action |

The Particulars Are (If additional space is needed, attach extra sheet(s)):

I began working for the Board of Education of the City of St. Louis & Saint Louis Public School District in 1995 as a substitute teacher. I left for approximately seven years and returned to the district in 2002 as a substitute teacher.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.

I injured my knee at work on or about December 11, 2020. I filed a claim for workers compensation benefits. I was scheduled to have surgery in October 2021 and filed a request for leave under the Family Medical Leave act on October 13, 2021 for leave beginning on October 19, 2021 and. My worker's compensation attorney had it worked out with the district that I would receive one week paid leave after my surgery and then would be allowed to work from home during my recovery.

The district suspended me with pay on or about October 14, 2021, allegedly because I did not receive the COVID vaccine. They placed me on unpaid leave on or about October 18, 2021.

St. Louis Public Schools terminated me on October 26, 2021 for allegedly violating board policy.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other employees which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>x _Wanda Brandon_   12-29-2021<br>Charging Party (Signature)           Date | x _Wanda Brandon_<br>Signature of Complainant   12-29-2021<br><br>Subscribed and sworn to before me this date (Day, month and Year) |

RECEIVED
JAN 18 2022
EEOC
ST. LOUIS DISTRICT

Molly droege

Molly Marie Droege
Notary Public Notary Seal
State of Missouri
St. Louis County
My Commission Expires 08/12/2024
Commission # 20430252

MCHR-27 (4-99) AI

request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue work-ing. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
JAN 18 2022
EEOC
ST. LOUIS DISTRICT

Molly Marie Droege
Notary Public Notary Seal
State of Missouri
St Louis County
My Commission Expires 08/12/2024
Commission # 20430252

| | |
|---|---|
| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY** – *(When necessary to meet State and Local Requirements)* |
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| x _Wanda Brauba_   12-29-2021 | x _Wanda Brauba_   12-29-2021 |
| Charging Party *(Signature)*          Date | Signature of Complainant |
| | Subscribed and sworn to before me this date *(Day, month and Year)* |

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC 560-2022-00510

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Naomi Davis | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11ᵗʰ Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race    ☐ Color    ☐ Sex
☐ National Origin    ☒ Religion    ☐ Age
☐ Disability    ☒ Retaliation    ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I have been a teacher since 2015. I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2015. I am a tenured certified teacher in the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

My principal Susan Reid harassed me about getting the vaccine which conflicted with my sincerely held religious beliefs.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 19, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption and testifying at the board meeting in opposition to the district and boards' discriminatory policies.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

x _____  11/16/21
Charging Party *(Signature)*

x _____
Signature of Complainant

Subscribed and sworn to before me this date *(Day, month and Year)*
11-16-2021

NOV 22 2021
EEOC
ST. LOUIS DISTRICT

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MCHR-27 (4-99) AI

1 of 2

impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED

NOV 22 2021

EEOC
ST. LOUIS DISTRICT

☒  I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    11/16/21

Charging Party *(Signature)*    Date

X _____
Signature of Complainant

Subscribed and sworn to before me this date *(Day, month and Year)*

KEVIN KASPER
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MCHR-27-2 AI

2 of 2

 MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC 560-2022-00738 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)
Ms. Maisha Ellison | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name
Saint Louis Public School District | No. of Employees/Members
500+ | Telephone No. (Include Area Code)
314-231-3720 |
| --- | --- | --- |
| Street Address
801 N. 11th Street | City, State and Zip Code
Saint Louis, MO 63101 | |
| Name
Board of Education of the City of St. Louis | No. of Employees/Members
500+ | Telephone No. (Include Area Code)
314-231-3720 |
| Street Address
801 N. 11th Street | City, State and Zip Code
Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race    ☐ Color    ☐ Sex
☐ National Origin    ☒ Religion    ☐ Age
☐ Disability    ☒ Retaliation    ☐ Other (Specify)

Date Discrimination took Place *(Month, Day, Year)*
August 2020121-Present

☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I have been a teacher since 2000.  I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2000.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying a written statement outlining my beliefs.  The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing.  This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations.  The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions.  I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties.  The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions.  Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 20, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working.  They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct.

x Maisha E Ellison
Charging Party (Signature) | x Maisha Ellison
Signature of Complainant |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 16386761
My Commission Expires 09-30-2023

Subscribed and sworn to before me this date *(Day, month and Year)*

DEC 13 2021

EEOC
ST. LOUIS DISTRICT

MCHR-27 (4-99) AI

and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

RECEIVED
DEC 13 2021
EEOC
ST. LOUIS DISTRICT

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

x _Maisha Ellison_   18/06/21
Charging Party (Signature)   Date

**NOTARY** – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

x _Maisha Ellison_
Signature of Complainant



SUBSCRIBED and sworn to before me this date *(Day, month and Year)*   12/6/21

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MCHR-27-2 AI

242



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC 560-2022-00736 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Hollis Flannery | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (If more than one list below).

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| --- | --- | --- |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on (Check appropriate box(es)) | | | Date Discrimination took Place (Month, Day, Year) |
| --- | --- | --- | --- |
| ☐ Race | ☐ Color | ☐ Sex | August 2020121-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other (Specify) | ☒ Continuing Action |

The Particulars Are (If additional space is needed, attach extra sheet(s)):

I have been a teacher since 2016. I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2020.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 20, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct. | x *[signature]* Signature of Complainant |
| x *[signature]* November 31 2021 Charging Party (Signature)        Date | KEVIN KASPER Notary Public Notary Seal Subscribed and sworn to before me this date (Day, month and Year) St. Charles County Commission # 16386761 My Commission Expires 09-30-2023 |

RECEIVED DEC 13 2021    1 of 2    EEOC ST. LOUIS DISTRICT

MCHR-27 (4-99) AI

and of retaliating against persons who complain about such discrimination.   The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED

DEC 13 2021

EEOC
ST. LOUIS DISTRICT

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
|  | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| x _Hollis Flannery_     November 30, 2021 | Signature of Complainant |
| Charging Party (Signature)                    Date | KEVIN KASPER |
|  | Subscribed and sworn to before me this date (Day, month and Year) |

State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC 560-2022-01594 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Missouri Commission on Human Rights and EEOC | | |
| --- | --- | --- |
| Name (Indicate Mr., Ms., or Mrs.) Ms. Sharon Hardnett | Date of Birth | Home Telephone No. (Include Area Code) |
| Street Address | City, State and Zip Code | County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (if more than one list below).**

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| --- | --- | --- |
| Street Address 801 N. 11ᵗʰ Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on (Check appropriate box(es)):

☐ Race  ☐ Color  ☐ Sex
☐ National Origin  ☒ Religion  ☐ Age
☐ Disability  ☒ Retaliation  ☐ Other (Specify)

Date Discrimination took Place (Month, Day, Year)
August 2020121-Present
☒ Continuing Action

The Particulars Are (If additional space is needed, attach extra sheet(s)):

I have been a teacher since 2008. I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2019.

On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district. The district did not grant any requests for religious exemptions.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

RECEIVED
APR 22 2022
ST. LOUIS DISTRICT

The district suspended me on October 15, 2021, because they refused to grant my request for religious exemption. They suspended

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
| --- | --- |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | X _____ Signature of Complainant |
| X _____   4/21/22 Charging Party (Signature) | 4/21/22 |
| | Subscribed and sworn to before me this date (Day, month and Year) |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

me without pay on October 16, 2021. They scheduled a meeting with me on October 26, 2021. I spoke with Kar-la Dozier on October 26, 2021, and she indicated the district would still not grant my religious exemption request. I knew that they would seek my termination. I resigned my termination on October 26, 2021, because of the con-tinued harassment, hostile working environment and knowledge that they would terminate me if I did not resign.

The district changed its mind on January 24, 2022 and decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination.   The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact.  The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



R E C E I V E D

APR 2 2 2022

EEOC
ST. LOUIS DISTRICT

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | x |
| | Signature of Complainant |
| X | 4/21/22 |
| Charging Party *(Signature)*    4/21/22 | Subscribed and sworn to before me this date *(Day, month and Year)* |
| | 2 of 2 |

KEVIN KASPER
Notary Public
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
|---|
| ☐ FEPA |
| ☒ EEOC 560-2022-00741 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Kimberly Holman-Rome | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race  ☐ Color  ☐ Sex
☐ National Origin  ☒ Religion  ☐ Age
☐ Disability  ☒ Retaliation  ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*

August 2020121-Present

☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:

I began working for the Board of Education of the City of St. Louis & Saint Louis Public School District in 2008 as a substitute teacher, I left for the 2009-10 school year and returned for the 2010-11 school year. I have been at Woodward Elementary since 2011. On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district suspended me with pay on October 15, 2021 and suspended me without pay on October 16, 2021. St. Louis Public Schools terminated me on October 26, 2021.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

12/6/2

Charging Party (Signature)

x _Kimberly A. Holman-Rome_
Signature of Complainant

12-6-21

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

Subscribed and sworn to before me this date *(Day, month and Year)*

DEC 13 2021

EEOC
ST. LOUIS DISTRICT

1 of 2

MCHR-27 (4-99) AI

discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
DEC 13 2021
EEOC
ST. LOUIS DISTRICT

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.  12/6/21 | x_____ Signature of Complainant  12-6-21 |
| x_____  Charging Party (Signature) | Subscribed and sworn to before me this date (Day, month and Year) |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC 560-2021-02642 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Wendy Huddleston | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| --- | --- | --- |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
| --- | --- | --- | --- |
| ☐ Race | ☐ Color | ☐ Sex | August 2020121-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:

I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2001. I am a tenured certified teacher in the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying written statements outlining by beliefs by myself, my pastor and a member of my church. The request for an exemption was denied by the district.

It is my understanding that the district has refused all requests for religious exemption. The district has not given reasons for the denials other than boilerplate rhetoric and has refused to provide an outline of how the district evaluated religious exemption requests, what their criteria was, who reviewed the request for religious exemptions and whether there was a review process. Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
| --- | --- |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | EEOC ST. LOUIS DISTRICT |
| X _____ 11/11/21  Charging Party *(Signature)* | X _____ Signature of Complainant  KEVIN KASPER  Notary Public, Subscribed and sworn to before me this date *(Day, month and Year)* 11-11-21 |

State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

RECEIVED
DEC 13 2021
EEOC
ST. LOUIS DISTRICT

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

X _____  11/1/21
Charging Party (Signature)                    Date

X _____
Signature of Complainant



KEVIN KASPER
Subscribed and sworn to before me this date (Day, month and Year)
State of Missouri
St. Charles County
Commission # 15366761
My Commission Expires 09-30-2023

MCHR-27-2 AI

2 of 2



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC 560-2022-00923

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Mr. Precious Mabry | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (If more than one list below).**

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

Cause of Discrimination based on (Check appropriate box(es))

☐ Race  ☐ Color  ☐ Sex

☐ National Origin  ☒ Religion  ☐ Age

☐ Disability  ☒ Retaliation  ☐ Other (Specify)

Date Discrimination took Place (Month, Day, Year)

August 2020121-Present

☒ Continuing Action

The Particulars Are (If additional space is needed, attach extra sheet(s)).

I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District for approximately eleven years as a Safety Officer II. My duties involved training and patrolling. My main duties involved the training of employees in professional development. I had been a police officer for approximately 14 years and a safety director for 14 years prior to working for the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.

The district suspended me with pay on or about October 14, 2021, allegedly because I did not receive the COVID vaccine. They placed me on unpaid leave on or about October 18, 2021.
St. Louis Public Schools terminated me on October 26, 2021 for allegedly violating board policy.
Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

I have learned that the district reversed its policy and withdrew the statement of charges against the certified teachers in January 2022. The district agreed to grant the certified teachers' religious exemptions of twice per week testing. This is an indication that

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____ 1/20/22<br>Charging Party (Signature)        Date | X _____ 1/20/22<br>Signature of Complainant<br><br>1-20-22<br>Subscribed and sworn to before me this date (Day, month and Year) |

KEVIN KASPER
Notary Public, Notary
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

the accommodation is available without undue cost to the district.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other em-ployees and now religious exemptions for the certified teachers, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district has refused to grant my religious exemption request. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue work-ing. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
JAN 24 2022
EEOC
ST. LOUIS DISTRICT

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

1/20/22

X _____
Charging Party (Signature)

X _____
Signature of Complaint

1/20/22

1-20-22

Subscribed and sworn to before me this date (Day, month and Year)

KEVIN KASPER
Notary Public. Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2                MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
|---|
| ☐ FEPA |
| ☒ EEOC 560-2022-00739 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Diane Mathieson | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race  ☐ Color  ☐ Sex
☐ National Origin  ☒ Religion  ☐ Age
☐ Disability  ☒ Retaliation  ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present

☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:

I have been a teacher since 2015. I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2015. I am a tenured certified teacher in the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoked with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption. Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on November 2, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
Charging Party *(Signature)*   Date

X _____  11/19/21
Signature of Complainant

KEVIN KASPER
Notary Public, Notary Seal
Subscribed and sworn to before me this date *(Day, month and Year)*

St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

DEC 13 2021
EEOC
ST. LOUIS DISTRICT

1 of 2

MCHR-27 (4-99) AI

their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
DEC 13 2021
EEOC
ST. LOUIS DISTRICT

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | x _____ 11/19/21 |
| x _____ 11/19/21 | Signature of Complainant |
| Charging Party (Signature)        Date | KEVIN KASPER |
| | Subscribed and sworn to before me this date (Day/month and Year) |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR 27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC 560-2022-00740 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Missouri Commission on Human Rights and EEOC | | |
| --- | --- | --- |
| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Tomka Slaughter | Date of Birth | Home Telephone No. (Include Area Code) |
| Street Address | City, State and Zip Code | County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (if more than one list below).**

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
| --- | --- | --- |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on (Check appropriate box(es)) | | | Date Discrimination took Place (Month, Day, Year) |
| --- | --- | --- | --- |
| ☐ Race | ☐ Color | ☐ Sex | August 2020121-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other (Specify) | ☒ Continuing Action |

The Particulars Are (If additional space is needed, attach extra sheet(s)):

I began working for the Board of Education of the City of St. Louis & Saint Louis Public School District in 1996 as a teachers assistant. I have worked as a substitute teacher from approximately 1999 through 2013/14 and have worked as a social worker since then. Most recently I worked at the Nottingham CAJT and Ames VPA schools

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other employees which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district suspended me with pay on October 13, 2021. St. Louis Public Schools terminated me on October 16, 2021.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _(signature)_  Charging Party (Signature)  12/9/21 | X _(signature)_  Signature of Complainant  12-9-2021 |
| | DATE KEVIN KASPER<br>Notary Public Subscribed and sworn to before me this date (Day, month and Year)<br>State of Missouri<br>St. Charles County<br>Commission # 16386761<br>My Commission Expires 09-30-2023 |

RECEIVED
DEC 13 2021
EEOC
ST. LOUIS DISTRICT

MCHR-27 (4-99) AI

discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
DEC 13 2021
EEOC
ST. LOUIS DISTRICT

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

x _____ 12/9/21
Charging Party (Signature)                Date

x _____
Signature of Complainant

Subscribed and sworn to before me this date (Day, month and Year)

KEVIN KASPER
Notary Public - Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2                                              MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

**CHARGE OF DISCRIMINATION**

Nov 2 3 REC'D

Enter Charge Number
☐ FEPA
☒ EEOC 560-2022 00178

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Missouri Commission on Human Rights and EEOC | | |
|---|---|---|
| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Shenicquel "Nikki" Spotts | Date of Birth<br>▮ | Home Telephone No. (Include Area Code)<br>▮ |
| Street Address<br>▮ | City, State and Zip Code<br>▮ | County<br>▮ |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).***

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11ᵗʰ Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I have been a teacher since 1995. I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 1999. I am a tenured certified teacher in the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

My principal Dr. Lori Craig harassed me about getting the vaccine which conflicted with my sincerely held religious beliefs. She told me that they were not approving any exemptions.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoked with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 20, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption and testifying at the board meeting in opposition to the district and boards' discriminatory policies.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____<br>Charging Party *(Signature)*          Date | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>X _____<br>Signature of Complainant<br><br>Subscribed and sworn to before me this date *(Day, month and Year)* |

RECEIVED
NOV 23 2021
EEOC
ST. LOUIS DISTRICT

1 of 2

KEVIN KASPER
NOTARY PUBLIC - NOTARY SEAL
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MCHR-27 (4-99) AI

discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



ⓇECEIVEⒹ
NOV 23 2021
EEOC
ST. LOUIS DISTRICT

| ☒  I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

X ⟋⟋⟋⟋⟋⟋⟋⟋⟋⟋  10/14/21
Charging Party (Signature)          Date

X ⟋⟋⟋⟋⟋⟋⟋⟋⟋
Signature of Complainant

Subscribed and sworn to before me this date *(Day, month and Year)*

KEVIN KASPER
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2                                              MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC  560-2022-00511 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Danielle Watson | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| --- | --- | --- |
| Street Address<br>801 N. 11ᵗʰ Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
| --- | --- | --- | --- |
| ☐ Race | ☐ Color | ☐ Sex | August 2020121-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:

I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2004. I am a certified teacher in the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying written statements outlining by beliefs by myself. The request for an exemption was denied by the district.

It is my understanding that the district has refused all requests for religious exemption.   The district has not given reasons for the denials other than boilerplate rhetoric and has refused to provide an outline of how the district evaluated religious exemption requests, what their criteria was, who reviewed the request for religious exemptions and whether there was a review process. Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district refused to engage in an interactive dialog with me and other people who have requested religious exemptions.  I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 18, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption and complaining about the district and boards' discriminatory policies.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination.   The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____  11-10-2021<br>Charging Party (Signature)          Date | X _____<br>Signature of Complainant<br><br>1-10-24<br>KEVIN KASPER<br>Notary Public and sworn to before me this date *(Day, month and Year)* |

State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MCHR-27 (4-99) AI

NOV 2 3 2021

EEOC
ST. LOUIS DISTRICT

impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____   11-10-2021<br>Charging Party (Signature)          Date | X _____<br>Signature of Complainant<br><br>Subscribed and sworn to before me this date (Say month and Year)<br>KEVIN KASPER<br>State of Missouri<br>St. Charles County<br>Commission # 15386761<br>My Commission Expires 09-30-2023 |

2 of 2

MCHR-27-2 AI

EEOC Form 5 (5/01)

## CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To | Agency(ies) Charge No(s): |
|---|---|
| ☒ FEPA | E- 1121 - 53427 |
| ☐ EEOC | 28E-2022-00143C |

**Missouri Commission On Human Rights** and EEOC

*State or local Agency, if any*

| Name (indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Tammy O'Connor | ▮▮▮▮ | ▮▮▮▮ |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| ▮▮▮▮ | ▮▮▮▮ | ▮▮▮▮ |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| St. Louis Public Schools | 15+ | 314.231.3720 |

| Street Address | City, State and ZIP Code |
|---|---|
| 801 N. 11th Street | St. Louis, MO 63101 |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE

09/13/2021

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I started working for the Respondent on August 1, 2008, as a Social Studies Teacher. On September 9, 2021, I submitted my request for a religious exemption regarding the COVID vaccine. On September 13, 2021, I received noticed that the Respondent had received the request. A few hours later I was informed that it was denied. The Respondent stated that I had not provided enough information and that I could submit more information that had not been included already. I included more than was sufficient for my sincerely held religious belief. I quoted scripture, cathecism, and other articles that I did not need to support my belief. I did not want to be complicit in murder by taking a "vaccine" tested or made by using aborted fetal cells. I was not granted an appeal.

**I believe the Respondent failed to accommodate my COVID vaccine exemption due to my religion, Roman Catholic.**

1. I submitted my request with ample information to show my sincerely held religious belief. I was told "there is not sufficient information for the District to grant your request for a sincerely held religious exemption." I was denied and not allowed an appeal.

**I believe I was placed on unpaid leave by the Respondent due to my religious beliefs, Roman Catholic.**

1. The Respondent placed me on unpaid leave beginning October18, 2021.

**As remedy, I desire an end to the discrimination and anything else the Commission deems just and proper.**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| x 11/4/2021   x *[signature]* Date   Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

NOV 04 2021

Commission on Human Rights Jefferson City Office

EEOC FORM 131-A (11/09)

# U.S. Equal Employment Opportunity Commission

|  | PERSON FILING CHARGE |
|---|---|
| | **Tammy O'Connor** |
| ST. LOUIS PUBLIC SCHOOLS<br>801 N. 11th Street<br>Saint Louis, MO 63101 | THIS PERSON *(check one or both)*<br>[X] Claims To Be Aggrieved<br>[ ] Is Filing on Behalf of Other(s) |
| | EEOC CHARGE NO.<br>**28E-2022-00143** |
| | FEPA CHARGE NO.<br>**E-11/21-53427** |

**NOTICE OF CHARGE OF DISCRIMINATION** IN JURISDICTION WHERE A FEP AGENCY WILL INITIALLY PROCESS
*(See the enclosed for additional information)*

THIS IS NOTICE THAT A CHARGE OF EMPLOYMENT DISCRIMINATION UNDER

[X] Title VII of the Civil Rights Act (Title VII)    [ ] The Equal Pay Act (EPA)    [ ] The Americans with Disabilities Act (ADA)

[ ] The Age Discrimination in Employment Act (ADEA)    [ ] The Genetic Information Nondiscrimination Act (GINA)

HAS BEEN RECEIVED BY

[ ] The EEOC and sent for initial processing to _____ .

                                                                           *(FEP Agency)*

[X] The    **Missouri Commission On Human Rights**    and sent to EEOC for dual filing purposes.
                                    *(FEP Agency)*

While EEOC has jurisdiction (upon expiration of any deferral requirement if this is a Title VII, ADA or GINA charge) to investigate this charge, EEOC may suspend its investigation and await the issuance of the Agency's final findings and orders. These findings and orders will be given weight by EEOC in making its own determination as to whether reasonable cause exists to believe that discrimination has occurred.

You are therefore encouraged to cooperate fully with the Agency. All facts and evidence provided by you to the Agency will be considered by EEOC when it reviews the Agency's final findings and orders. In many cases EEOC will take no further action, thereby avoiding the necessity of an investigation by both the Agency and EEOC. This likelihood is increased by your active cooperation with the Agency.

As a party to the charge, you may request that EEOC review the final findings and orders of the above-named Agency.
For such a request to be honored, you must notify EEOC in writing within 15 days of your receipt of the Agency's final decision and order. If the Agency terminates its proceedings without issuing a final finding and order, you will be contacted further by EEOC. Regardless of whether the Agency or EEOC processes the charge, the Recordkeeping and Non-Retaliation provisions of the statutes as explained in the enclosed information sheet apply.

For further correspondence on this matter, please use the charge number(s) shown above.

Enclosure(s):  Copy of Charge

CIRCUMSTANCES OF ALLEGED DISCRIMINATION

[ ] Race  [ ] Color  [ ] Sex  [X] Religion  [ ] National Origin  [ ] Age  [ ] Disability  [ ] Retaliation  [ ] Genetic Information  [ ] Other

**See enclosed copy of charge of discrimination.**

| Date | Name / Title of Authorized Official | Signature |
|---|---|---|
| **November 9, 2021** | **Lloyd J. Vasquez, Jr.,**<br>**District Director** | |



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

Enter Charge Number
☐ FEPA
☒ EEOC

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Jamell Wren | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County<br>Saint Louis City |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race     ☐ Color     ☐ Sex
☐ National Origin     ☒ Religion     ☐ Age
☐ Disability     ☒ Retaliation     ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2001. I began working in the technology department and have worked in the transportation department for the past several years as a manager, operations systems technology.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. I applied for a religious exemption. The request for an exemption was denied by the district. I submitted additional information for reconsideration but it was also denied.

I was informed in a staff meeting by the Director of Transportation Toyin Akinola that the Superintendent was not approving any religious exemptions. Ms. Akinola began to harass me when I refused to take the vaccine. I complained to the Chief Human Resources Officer that religious exemptions were not being approved and that I was being harassed. He acknowledged that he received the complaint but did not take any further action. He did not deny that the district was not granting any religious accommodations.

The district denied all requests for medical exemptions while granting the majority of requests for medical and disability exemptions. This shows the district intentionally discriminated against persons seeking religious exemptions and its policies and actions were not neutral and generally applicable.

I applied for a medical exemption which was granted by the district. The accommodation sought for both exemptions was the same – twice per week testing.

Other districts in the State of Missouri have implemented procedures where the employees without COVID-19 vaccinations are able to continue working, such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _(signature)_   7/28/22<br>Charging Party *(Signature)* | X _(signature)_<br>Signature of Complainant   7-29-22<br>Subscribed and sworn to before me this date *(Day, month and Year)* |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

continue to work in the district, however the district has refused to entertain such accommodations.

The district has refused to engage in an interactive dialogue with me and other people who have requested reli-gious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The district suspended without pay and terminated the employees who's religious exemptions they denied if they did not receive a medical exemption. The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees were terminated.

The district reversed its prior exemption denials in January 2022 and agreed to grant the religious exemptions of twice per week testing to persons whom they previously denied. I did not receive a religious exemption and had to complain to administration. They granted my religious exemption on January 28, 2022. This is an indication that the accommodation is available without undue cost to the district. The district offered me to be reinstated on January 24, 2022 and indicated they were granting my religious exemption. They are now allowing twice per week testing as an accommodation.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accom-modations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district refused to grant my religious exemption request. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.
The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

x _____  7/29/22
Charging Party (Signature)          Date

**NOTARY** – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

x _____
Signature of Complainant          7-29-22

KEVIN KASPER Subscribed and sworn to before me this date (Day, month and Year)
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC   560-2022-02258

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Mr. Virgil Williams | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis. MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race ☐ Color ☐ Sex
☐ National Origin ☒ Religion ☐ Age
☒ Disability ☒ Retaliation ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District as a Special Education Instructor Care Aide beginning in 2017.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my Pastor. The request for an exemption was denied by the district. The district did not grant any requests for religious exemptions. The district harassed me to get the vaccination.

The St. Louis Public Schools terminated me on October 15, 2021 for allegedly violating board policy. Other districts in the State of Missouri have implemented procedures where the employees without COVID-19 vaccinations are able to continue working, such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work in the district, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district refused to grant my religious exemption request and left me unemployed which included the Thanksgiving and Christmas holidays. Upon reason and belief the district did not

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

Charging Party (Signature)   Date  7/1/22

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

Signature of Complainant   7/1/22

Subscribed and sworn to before me this date *(Day, month and Year)*

MCHR-27 (4-99) AI

actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.

The district reversed its prior exemption denials in January 2022 and agreed to grant the religious exemptions of twice per week testing to persons whom they previously denied. This is an indication that the accommodation is available without undue cost to the district. The district offered me to be reinstated/reappointed on January 24, 2022 and indicated they were granting my religious exemption. They are now allowing twice per week testing as an accommodation. I was rehired as a Special Education Instructor Care Aide on or about February 7, 2022.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

---

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

**NOTARY** – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____  7/1/22
Charging Party *(Signature)*          Date

X _____
Signature of Complainant

7/1/22
Subscribed and sworn to before me this date *(Day, month and Year)*

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

MCHR-27-2 AI

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC<br><br>FEPA | **560-2022-01189** |

| Missouri Commission On Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Porsha L. Williams | ▮ | ▮ |

Street Address

▮

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| St. Louis Public Schools | 501+ Employees | |

Street Address

801 N. 11th St,

SAINT LOUIS, MO 63101

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |  |
|---|---|---|
| | Earliest | Latest |
| Religion | 09/26/2021 | 10/16/2021 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a practicing Christian who was employed by the above referenced employer from August 2016, until I was discharged effective on October 16, 2021. I was rehired on February 14, 2022. My current position is Instructional Care Aide.In September 2021, my employer implemented a policy requiring employees to take a COVID-19 vaccine. My sincerely held religious beliefs prevent me from taking a COVID-19 vaccine. On September 24, 2021, I requested a religious exemption. My request was denied. Thereafter, on October 13, 2021, I was placed on an administrative leave of absence. I was subsequently terminated effective on October 16, 2021, in lieu of being granted my requested religious accommodation. I was rehired on February 14, 2022, but I was not paid backpay. Based on the above stated reasons, I believe I was discriminated against on the basis of my religion in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.<br><br>**Digitally Signed By: Porsha L. Williams**<br>**07/21/2022**<br><br>*Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT<br><br>SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>*(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1. **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2. **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3. **PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4. **ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5. **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

**NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW**

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

**NOTICE OF NON-RETALIATION REQUIREMENTS**

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge. Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.

Received EEOC June 28, 2022



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC  560-2022-02155 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Brittany Weaver | Date of Birth<br>1 | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| --- | --- | --- |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race   ☐ Color   ☐ Sex
☐ National Origin   ☒ Religion   ☐ Age
☐ Disability   ☒ Retaliation   ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)).*
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2018 as a Teacher's Assistant and Family Community Specialist.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district.

The St. Louis Public Schools terminated me on or about October 14, 2021 for allegedly violating board policy. Other districts in the State of Missouri have implemented procedures where the employees without COVID-19 vaccinations are able to continue working, such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work in the district, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district refused to grant my religious exemption request and left me unemployed which included the Thanksgiving and Christmas holidays. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____  6/24/22
Charging Party *(Signature)*

X _____
Signature of Complainant

6-24-22

Subscribed and sworn to before me this date *(Day, month and Year)*

KEVIN KASPER
Notary Public – Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

statutory rights.

The district reversed its prior exemption denials in January 2022 and agreed to grant the religious exemptions of twice per week testing to persons whom they previously denied. This is an indication that the accommodation is available without undue cost to the district. The district offered me to be reinstated on January 24, 2022 and indicated they were granting my religious exemption. They are now allowing twice per week testing as an accommodation.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.
The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination.  The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have complained about the board and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | X _____ |
| X _____ 6/24/22 | Signature of Complainant |
| Charging Party *(Signature)*               Date | Subscribed and sworn to before me this date *(Day, month and Year)* |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

**CHARGE OF DISCRIMINATION**  AMENDED



Enter Charge Number

☐ FEPA  E-11/21-55470
☒ EEOC

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Mr. Quinton Stewart; | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race  ☐ Color  ☐ Sex
☐ National Origin  ☒ Religion  ☐ Age
☐ Disability  ☒ Retaliation  ☐ Other (Specify)

Date Discrimination took Place *(Month, Day, Year)*
August 2020121-Present

☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*.

I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District for approximately two years, then left for several years and returned in 2016. I worked as a behavior specialist, substitute music teacher, instructional care assistant and parent and Student Concerns Specialist.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district.

The St. Louis Public Schools terminated me on October 11, 2021 for allegedly violating board policy.
Other districts in the State of Missouri have implemented procedures where teachers and staff without COVID-19 vaccinations are able to continue teaching and working such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

The district reversed its policy and withdrew the statement of charges against the certified teachers in January 2022. The district has agreed to grant the certified teachers' religious exemptions of twice per week testing. This is an indication that the accommodation is available without undue cost to the district.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____  06/17/22<br>Charging Party *(Signature)* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br><br>X _____<br>Signature of Complainant<br><br>06/17/22<br><br>Subscribed and sworn to before me this date (Day, month and Year) |

KEVIN CASEY
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 16386761
My Commission Expires 09-30-2023

MCHR-27 (4-99) AI

1 of 2

The district offered me to be reinstated on January 29, 2022 and indicated they were granting my religious exemption. They are now allowing twice per week testing as an accommodation.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other em-ployees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district initially refused to grant my religious exemption request and left me unemployed for over three months which included the Thanksgiving and Christmas holidays. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.
The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

---

☒  I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____  6/17/22
Charging Party (Signature)

X _____
Signature of Complainant

6/17/22
Subscribed and sworn to before me this date (Day, month and Year)

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386781
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC   560-2022-02160

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Jean Slaven; | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (if more than one list below).**

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race   ☐ Color   ☐ Sex
☐ National Origin   ☒ Religion   ☐ Age
☐ Disability   ☒ Retaliation   ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present

☒ Continuing Action

The Particulars Are (If additional space is needed, attach extra sheet(s)):
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2015. I have been a teacher since 1979.
On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.
I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district. The district did not grant any requests for religious exemptions.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements)<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____ 6/24/2022<br>Charging Party (Signature) | X _____ 6-24-22<br>Signature of Complainant<br><br>Subscribed and sworn to before me this date (Day, month and Year) |

KEVIN KASPER
Notary Public – Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

The Superintendent Kelvin Adams issued statement of charges against me in October 2021 indicating he was suspending me without pay and was seeking my termination with the board.

The district changed its mind in January 2022 and granted the requests of people who had previously been suspended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me in February 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination including the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

---

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY –** *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| X _Carl Kanen_  6-24-2022<br>Charging Party *(Signature)*   Date | X _Carl Kanen_  6-24-2022<br>Signature of Complainant<br>6-24-22<br>Subscribed and sworn to before me this date *(Day, month and Year)* |

Notary KEVIN KASPER

State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2    MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC 560-2021-02583

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Lisa Scails-Dansberry | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).***

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*:

☐ Race  ☐ Color  ☐ Sex
☐ National Origin  ☒ Religion  ☐ Age
☐ Disability  ☒ Retaliation  ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:

I have been a teacher since 1985. I started with the Board of Education of the City of St. Louis & Saint Louis Public School District in 1994 as a special education teacher. I left the district in 2007 and returned in 2015 as a special education teacher.

On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district. I submitted additional documentation but the district refused to grant my request. The district did not grant any requests for religious exemptions.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

*(signature)* Charging Party *(Signature)*  6-17-22

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

*(signature)* Signature of Complainant

6-17-22

KEVIN JASPER
Notary Public, Notary Seal Subscribed and sworn to before me this date *(Day, month and Year)*
State of Missouri
St. Charles County
Commission # 16386751
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

The district suspended me on October 15, 2021, because they refused to grant my request for religious exemp-tion   They suspended me without pay on October 19, 2021.  I spoke with Karla Dozier and she indicated the dis-trict would still not grant my religious exemption request.

The Superintendent Kelvin Adams issued statement of charges against me on October 19, 2021 indicating he was suspending me without pay and was seeking my termination with the board.

The district granted numerous medical exemptions but did not grant any religious exemptions.  I learned that Charles Burton, who is the district's chief human resources officer, testified that there were "a couple hundred" requests for religious exemptions and zero of which were granted.

The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday.   This would be the same accommodation given to persons had they been approved for a religious exemption.  The district determined that it could give exemptions persons seeking an exemption.  The district determined that it was able to make the accommodation of twice per week testing for employees.  It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been suspended   They sent me a letter dated January 24, 2022 indicating they decided to grant my request for religious exemption and reinstated my employment.  They are not contesting that my religious belief was sincerely held.  My condition has not changed, nor has my ability to teach my students.  The suspension by the district caused me financial strain.   They did not pay me for the period of my suspension.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign.  They have also retaliated against me for my seeking an exemption.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination.   The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact.  The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies on account of our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1954, each as amended.

| ☒  I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

Charging Party *(Signature)*   6-17-22

Signature of Complainant   6-17-22

KEVIN KASPER Subscribed and sworn to before me this date *(Day, month and Year)*
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2        MCHR-27-2 AI

Received EEOC June 28, 2022



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number

☐ FEPA
☒ EEOC    560-2022-02159

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Rochelle Page; | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race     ☐ Color     ☐ Sex
☐ National Origin     ☒ Religion     ☐ Age
☐ Disability     ☒ Retaliation     ☐ Other *(Specify)*

Date Discrimination took Place
*(Month, Day, Year)*
August 2021-Present

☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District beginning approximately 14 years ago. I worked as a permanent substitute teacher, a Positive Behavior Interventionist, and School Counselor.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district. The district harassed me to get the vaccination. They openly discussed my vaccination status with other staff members.

The St. Louis Public Schools terminated me on October 16, 2021 for allegedly violating board policy. Other districts in the State of Missouri have implemented procedures where the employees without COVID-19 vaccinations are able to continue working, such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work in the district, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district refused to grant my religious exemption request and left me unemployed which included the Thanksgiving and Christmas holidays. Upon reason and belief the district did not

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
Charging Party *(Signature)*

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

X _____
Signature of Complainant
6-23-22

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

Subscribed and sworn to before me this date *(Day, month and Year)*

1 of 2

MCHR-27 (4-99) AI

actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.

The district reversed its prior exemption denials in January 2022 and agreed to grant the religious exemptions of twice per week testing to persons whom they previously denied. This is an indication that the accommodation is available without undue cost to the district. The district offered me to be reinstated on January 24, 2022 and indicated they were granting my religious exemption. They are now allowing twice per week testing as an accommodation.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY** – *(When necessary to meet State and Local Requirements)* <br><br> I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. <br><br> X_____ <br> Charging Party *(Signature)*     Date | X_____ <br> Signature of Complainant <br> Notary Public Subscribed and sworn to before me this date *(Day, month and Year)* |

KEVIN KASPER
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC   560-2022-02254 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Mr. Richard Noble; | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| --- | --- | --- |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
| --- | --- | --- | --- |
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District at AESM Middle School at Louverture where I taught Math. I began teaching for the District in September 2019.
On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.
I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district. The district did not grant any requests for religious exemptions. The District harassed me to get the vaccination.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| X *[signature]* 7/1/22 Charging Party (Signature)         Date AMANDA L. MILLER Notary Public - Notary Seal St Charles County - State of Missouri Commission Number 13534807 My Commission Expires Oct 6, 2025 | X *[signature]* Signature of Complainant 7 - 1 - 22 Subscribed and sworn to before me this date *(Day, month and Year)* |

1 of 2

MCHR-27 (4-99) AI

The district suspended me without pay on or about October 15, 2021, because they refused to grant my request for religious exemption. I spoke with Karla Dozier on or about October 15, 2021, and she indicated the district would still not grant my religious exemption request. The Superintendent Kelvin Adams issued statement of charges against me in October 2021 indicating he was suspending me without pay and was seeking my termination with the board. On or about October 21, 2021 I submitted a written response in response to the allegations.

On or about October 28, 2021 I was hand-delivered a Statement of Charges and Notice of Hearing. They scheduled a hearing in December 14, 2021 for the charges against me. On or about October 28, 2021, I submitted a signed waiver of adminstrative hearing. My hearing date was then subsequently changed to December 6, 2021 and a Findings of Fact, Conclusions of Law and Decision was ordered on May 12, 2022 terminating my employment. The decision wrongly stated that I had to fail to appear for the hearing on December 6.

Charles Burton, Chief Human Resources Officer for the District has stated in hearings for other teachers that the District granted fifteen medical exemptions, with eight additional still pending. Burton testified that there were "a couple hundred" requests for religious exemptions and zero of which were granted. The accomodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The District determined that it could give exemptions to persons seeking an exemption. The District determined that it was able to make the accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been suspended. They did not pay me for the period of my suspension on or about October 15, 2021 until the date of termination. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and terminating my employment. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

---

☒   I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X _____   7/1/22

Charging Party (Signature)                               Date

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

X _____
Signature of Complainant

7 - 1 - 22

Subscribed and sworn to before me this date *(Day, month and Year)*

2 of 2                                                          MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Mr. Derrick Moore | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race   ☐ Color   ☐ Sex
☐ National Origin   ☒ Religion   ☐ Age
☐ Disability   ☒ Retaliation   ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2020121-Present

☒ Continuing Action

The Particulars Are *(If additional space is needed, attach sheet(s)):*
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District for approximately five years as a custodian.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district.

The St. Louis Public Schools terminated me on October 15, 2021 for allegedly violating board policy.
Other districts in the State of Missouri have implemented procedures where teachers and staff without COVID-19 vaccinations are able to continue teaching and working such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions.  I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

The district reversed its policy and withdrew the statement of charges against the certified teachers in January 2022. The district has agreed to grant the certified teachers' religious exemptions of twice per week testing. This is an indication that the accommodation is available without undue cost to the district.

The district offered me to be reinstated on January 29, 2022 and indicated they were granting my religious exemption. They are now

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. X _____ Charging Party *(Signature)* | X _____ Signature of Complainant 6-15/22 |

KEVIN KASPER
Notary Public
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

Subscribed and sworn to before me this date *(Day, month and Year)*

1 of 2

MCHR-27 (4-99) AI

allowing twice per week testing as an accommodation.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other em-ployees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district initially refused to grant my religious exemption request and left me unemployed for over three months which included the Thanksgiving and Christmas holidays. Upon reason and be-lief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue work-ing. They have also retaliated against me for my actions seeking an exemption.
The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

<table>
<tr><td>☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.</td><td><b>NOTARY</b> – <i>(When necessary to meet State and Local Requirements)</i></td></tr>
<tr><td></td><td>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.</td></tr>
<tr><td>I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____<br>Charging Party <i>(Signature)</i>     Date</td><td>X _____<br>Signature of Complainant<br><br>Subscribed and sworn to before me this date <i>(Day, month and Year)</i><br>6-15-22</td></tr>
</table>

Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2        MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC   560-2022-02252

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Sharrone Miller; | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race   ☐ Color   ☐ Sex
☐ National Origin   ☒ Religion   ☐ Age
☐ Disability   ☒ Retaliation   ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District at Mann Elementary School where I taught Art. I began teaching there in 2013.
On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.
I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district. The district did not grant any requests for religious exemptions.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

I complained to my Principal that the actions of the district were discriminatory.The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____   07/01/22
Charging Party *(Signature)*   Date

X _____
Signature of Complainant

Subscribed and sworn to before me this date *(Day, month and Year)*
07/01/22

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

MCHR-27 (4-99) AI

The district suspended me without pay on or about October 15, 2021, because they refused to grant my request for religious exemption. I spoke with Karla Dozier on or about October 15, 2021, and she indicated the district would still not grant my religious exemption request. The Superintendent Kelvin Adams issued statement of charges against me in October 2021 indicating he was suspending me without pay and was seeking my termination with the board.

They scheduled a hearing in December 2021 for the charges against me, however, the hearing kept getting postponed until June 2022. Charles Burton, Chief Human Resources Officer for the District has stated in hearings for other teachers that the District granted fifteen medical exemptions, with eight additional still pending. Burton testified that there were "a couple hundred" requests for religious exemptions and zero of which were granted. The accomodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The District determined that it could give exemptions to persons seeking an exemption. The District determined that it was able to make the accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been suspended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. They did not pay me for the period of my suspension.

In January 2022 I returned to work. On or about February 9, 2022 I was informed by my principal that I was supposed to go downtown to HR to have a meeting that same day on an alleged charge that I gave a student chocolate. My principal then informed me that due to the weather that HR was closing early. I therefore did not go to the meeting believing it was cancelled. My principal then called me later that evening to tell me that I was supposed to have been at the meeting and now I was supposed to appear for the meeting at 8 am that next day. I was given charge paperwork at that meeting. I was placed on paid leave pending the investigation. That was from February to April. I then received the third statement of charges related to the chocolate allegation, an insubordination charge and the failure to get vaccination charge. I believe the charges were in retaliation for me not being vaccinated and requesting a religious exemption to the vaccination policy

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me in February 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    07/01/22

Charging Party (Signature)                     Date

X _____
Signature of Complainant

Subscribed and sworn to before me this date (Day, month and Year)

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Missouri Commission on Human Rights and EEOC | | |
|---|---|---|
| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Jamie McDaniel; | Date of Birth | Home Telephone No. (Include Area Code) |
| Street Address | City, State and Zip Code | County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).***

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place<br>*(Month, Day, Year)* |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☐ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2016 beginning as a Substitute Teacher and became a paraprofessional, then a Clerk II and then an Interim Learning Associate.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district.

The St. Louis Public Schools terminated me on or about October 26, 2021 for allegedly violating board policy. Other districts in the State of Missouri have implemented procedures where the employees without COVID-19 vaccinations are able to continue working, such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work in the district, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district refused to grant my religious exemption request and left me unemployed which included the Thanksgiving and Christmas holidays. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____<br>Charging Party *(Signature)* | X _____<br>Signature of Complainant<br><br>Subscribed and sworn to before me this date *(Day, month and Year)* |

KEVIN KASIE
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

$1 \text{ of } 2$

MCHR-27 (4-99) AI

statutory rights.

The district reversed its prior exemption denials in January 2022 and agreed to grant the religious exemptions of twice per week testing to persons whom they previously denied. This is an indication that the accommodation is available without undue cost to the district. The district offered me to be reinstated on or about February 22, 2022 and indicated they were granting my religious exemption. They are now allowing twice per week testing as an accommodation.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.
The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| | |
|---|---|
| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY** – *(When necessary to meet State and Local Requirements)* |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| x _____<br>Charging Party *(Signature)* | x _____<br>Signature of Complainant<br>$8-18-22$ |

KEVIN KASPER
Notary Public, Notary Subscribed and sworn to before me this date *(Day, month and Year)*
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2                                              MCHR-27-2 AI

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

Enter Charge Number
☐ FEPA
☒ EEOC  560-2021-02585

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Tashima M. Kinney | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race ☐ Color ☐ Sex ☐ National Origin ☒ Religion ☐ Age ☐ Disability ☒ Retaliation ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)* August 2021-Present ☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District beginning in 2018. I worked as a Behavioral Specialist.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. I applied for a religious exemption. The request for an exemption was denied by the district. I made a plea for reconsideration which I sent directly to the board members on October 14, 2021. They did not respond to my plea.

The St. Louis Public Schools terminated me on October 16, 2021 for allegedly violating board policy. Other districts in the State of Missouri have implemented procedures where the employees without COVID-19 vaccinations are able to continue working, such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work in the district, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

The district reversed its prior exemption denials in January 2022 and agreed to grant the religious exemptions of twice per week testing to persons whom they previously denied. This is an indication that the accommodation is available without undue cost to the district. The district offered me to be reinstated on January 24, 2022 and indicated they were granting my religious exemption. They are now allowing twice per week testing as an accommodation.

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X ___ Charging Party *(Signature)*    Date

X ___ Signature of Complainant

KEVIN KASPER Subscribed and sworn to before me this date *(Day, month and Year)*
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MCHR-27 (4-99) AI

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district refused to grant my religious exemption request and left me unemployed. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.
The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| X _____  _6/29/2022_<br>Charging Party *(Signature)*                     Date | X _____<br>Signature of Complainant<br>_6-29-22_<br>Subscribed and sworn to before me this date *(Day, month and Year)* |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION



Enter Charge Number
☐ FEPA
☒ EEOC    560-2022-02162

*This form is affected by the Privacy Act of 1974: see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Mr. Marc Ingram; | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11ᵗʰ Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race      ☐ Color      ☐ Sex

☐ National Origin      ☒ Religion      ☐ Age

☒ Disability      ☒ Retaliation      ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*

August 2021-Present

☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2014,
On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This
requirement conflicts with my sincerely held religious beliefs.
The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday
and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.
I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was
denied by the district. The district did not grant any requests for religious exemptions.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to
continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to
continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an
interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other
employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of
all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available
that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon
reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in
violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and
created a hostile working environment.

The Superintendent Kelvin Adams issued statement of charges against me on October 18, 2021 indicating he was suspending me

☒ I want this charge filed with both the EEOC and the Missouri
Commission on Human Rights. I will advise the agencies if I change my
address or telephone number and I will cooperate fully with them in the
processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to
the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

x _Marc A. Ingram_                6/24/2020
Charging Party *(Signature)*          Date

x _Marc A. Ingram_
Signature of Complainant
6-24-22

KEVIN KASPER Subscribed and sworn to before me this date *(Day, month and Year)*
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2          MCHR-27 (4-99) AI

without pay and was seeking my termination with the board.

I dually filed a charge of discrimination with the MCHR and EEOC in October 2021 regarding the discrimination against me by the district.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter dated January 13, 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 28, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination including the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies. who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | X _____ Signature of Complainant |
| X _____ Charging Party (Signature)  6/24/2022 Date | |

KEVIN KASPER Subscribed and sworn to before me this date *(Day, month and Year)*

Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2                                    MCHR-27-2 AI

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | EEOC  FEPA | **560-2022-01142** |

| Missouri Commission On Human Rights | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)* | Home Phone | Year of Birth |
|---|---|---|
| Mrs. Detria L. HUDDLESTON | ▉ | ▉ |

| Street Address |
|---|
| ▉ |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| St. Louis Public Schools | 501+ Employees | |

| Street Address |
|---|
| 2050 Allen Ave  Saint Louis, MO 63104 |

| Name | No. Employees, Members | Phone No. |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code |
|---|---|
| | |

| DISCRIMINATION BASED ON | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| Religion | Earliest 09/24/2021    Latest 10/16/2021 |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I am a practicing Christian who was employed by the above referenced employer from February 2020, until I was discharged effective on October 16, 2021. I was rehired on February 14, 2022. My current position is Family Community Specialist.In September 2021, my employer implemented a policy requiring employees to take a COVID-19 vaccine. My sincerely held religious beliefs prevent me from taking a COVID-19 vaccine. On September 22, 2021, I requested a religious exemption. My request was denied. Thereafter, on October 13, 2021, I was placed on an administrative leave of absence. I was subsequently terminated effective on October 16, 2021, in lieu of being granted my requested religious accommodation. I was rehired on February 14, 2022, but I was not paid backpay. Based on the above stated reasons, I believe I was discriminated against on the basis of my religion in violation of Title VII of the Civil Rights Act of 1964, as amended.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct.  **Digitally Signed By: Mrs. Detria L. HUDDLESTON**  **07/21/2022**  *Charging Party Signature* | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT  SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

1.  **FORM NUMBER/TITLE/DATE.** EEOC Form 5, Charge of Discrimination (11/09).

2.  **AUTHORITY.** 42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

3.  **PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

4.  **ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

5.  **WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

Enter Charge Number
☐ FEPA
☒ EEOC   560-2022-02259

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Mrs.Anne Gillespie | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 03101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race  ☐ Color  ☐ Sex  ☐ National Origin  ☒ Religion  ☐ Age  ☐ Disability  ☒ Retaliation  ☐ Other *(Specify)*

Date Discrimination took Place (Month, Day, Year)
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District at Mann Elementary School where I taught Physical Education. I began teaching there in 2013.
On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.
I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district. The district did not grant any requests for religious exemptions.
Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

I complained to human resources that the actions of the district were discriminatory.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X _Anne Gillespie_  6-28-22
Charging Party *(Signature)*

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

X _Anne Gillespie_
Signature of Complainant  6-28-22

KEVIN KASPER Subscribed and sworn to before me this date (Day, month and Year)
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

The district suspended me without pay on or about October 15, 2021, because they refused to grant my request for religious exemption. I spoke with Karla Dozier on October 15, 2021, and she indicated the district would still not grant my religious exemption request.
The Superintendent Kelvin Adams issued statement of charges against me on or about October 15, 2021 indicating he was suspending me without pay and was seeking my termination with the board.

They scheduled a hearing in December 2021 for the charges against me, however, when I arrived for the hearing they told me it had been postponed.

Charles Burton, Chief Human Resources Officer for the District has stated in hearings for other teachers that that the district granted fifteen medical exemptions, with eight additional still pending. Burton testified that there were "a couple hundred" requests for religious exemptions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been suspended. They sent me an email and letter dated January 13, 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor had my ability to teach my students. I missed months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.
I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

---

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

6-28-22

X _____
Charging Party *(Signature)*

X _____
Signature of Complainant

6-28-22

KEVIN KASPER
Notary Public, Notary Subscribed and sworn to before me this date *(Day, month and Year)*
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number | |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | 560-2022-02165 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Donetta Dampier | Date of Birth ▇ | Home Telephone No. (Include Area Code) ▇ |
|---|---|---|
| ▇ | ▇ | County ▇ |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | Date Discrimination took Place *(Month, Day, Year)* |
|---|---|---|
| ☐ Race ☐ Color ☐ Sex | | August 2021-Present |
| ☐ National Origin ☒ Religion ☐ Age | | |
| ☐ Disability ☒ Retaliation ☐ Other *(Specify)* | | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2016 as an Instructional Care Aid.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district.

The St. Louis Public Schools terminated me on October 16, 2021 for allegedly violating board policy.
Other districts in the State of Missouri have implemented procedures where the employees without COVID-19 vaccinations are able to continue working, such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work in the district, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district refused to grant my religious exemption request and left me unemployed which included the Thanksgiving and Christmas holidays. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| x *Donetta Dampier* 6-23-22 Charging Party *(Signature)* | x *Donetta Dampier* 6-23-22 Signature of Complainant |

Subscribed and sworn to before me this date *(Day, month and Year)*
KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

statutory rights.

The district reversed its prior exemption denials in January 2022 and agreed to grant the religious exemptions of twice per week testing to persons whom they previously denied. This is an indication that the accommodation is available without undue cost to the district. The district offered me to be reinstated on January 24, 2022 and indicated they were granting my religious exemption. They are now allowing twice per week testing as an accommodation.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY** – *(When necessary to meet State and Local Requirements)* |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

X _Donotta Kampu_                     6-23-22
Charging Party *(Signature)*                     Date

X _Donotta Kampu_
Signature of Complainant

Subscribed and sworn to before me this date *(Day, month and Year)* 6-23-22

KEVIN KASTEN
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2                     MCHR-27-2 AI

Received in EEOC 7/15/22

 MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

## CHARGE OF DISCRIMINATION

| Enter Charge Number |
|---|
| ☐ FEPA |
| ☒ EEOC  560-2022-02309 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Mr. Andrew T. Craig | Date of Birth ▬ | Home Telephone No. (Include Area Code) ▬ |
|---|---|---|
| Street Address ▬ | City, State and Zip Code ▬ | County ▬ |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place<br>*(Month, Day, Year)* |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | |
| ☐ National Origin | ☒ Religion | ☐ Age | August 2021-Present |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District as an Aviation Vocational Tech Instructor.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor. The request for an exemption was denied by the district. I asked for reasons for the denial and for an outline of how the district evaluated religious exemption requests, what their criteria was, who reviewed the request for religious exemptions and whether there was a review process. The district refused to provide me answers to my questions.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

The district suspended me on October 15, 2021, because they refused to grant my request for religious exemption. They suspended me without pay on October 18, 2021. I spoke with Karla Dozier on October 18, 2021, and she indicated the district would still not grant my religious exemption request.
The Superintendent Kelvin Adams issued statement of charges against me on October 18, 2021 indicating he was suspending me without pay and was seeking my termination with the board.

I dually filed a charge of discrimination with the MCHR and EEOC on November 9, 2021 (No. 560-2022-00018) regarding the discrimination against me by the district.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>x *Andrew Craig* _____<br>Charging Party *(Signature)* | x *Andrew Craig*<br>Signature of Complainant<br>7-15-22 |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

Subscribed and sworn to before me this date *(Day, month and Year)*

1 of 2

MCHR 37 (4-99) AI

I had a hearing on the charges they brought against me in December, 2022 but the District never reached a deci-sion.

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemp-tions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommoda-tion given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemp-tion and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on March 11, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination in-cluding the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| x _Andrew Craig_ 07-15-2022<br>Charging Party (Signature)    Date | x _Andrew Craig_<br>Signature of Complainant<br><br>7-15-22<br>Subscribed and sworn to before me this date (Day, month and Year) |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR 27.2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION** *AMENDED*

Enter Charge Number
☐ FEPA E-11/21-53422
☒ EEOC 28E-2022-00137C

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

## Missouri Commission on Human Rights and EEOC

| Name (indicate Mr., Ms., or Mrs.) Mr. Anthony Comparato | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (if more than one list below).

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on (Check appropriate box(es))
☐ Race ☐ Color ☐ Sex
☒ National Origin ☒ Religion ☐ Age
☐ Disability ☒ Retaliation ☐ Other (Specify)

Date Discrimination took Place (Month, Day, Year)
August 2021-Present
☒ Continuing Action

The Particulars Are (If additional space is needed, attach extra sheet(s)).

I have been a teacher since 2008. I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2013 as a K-12 Visual Arts Teacher.

On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district. I submitted additional documentation but the district refused to grant my request. The district did not grant any requests for religious exemptions.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. X _____ 6-17-22 Charging Party (Signature) | X _____ 6-17-22 Signature of Complainant 6-17-22 Subscribed and sworn to before me this date (Day, month and Year) 1 of 2 |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15356751
My Commission Expires 09-30-2023

MCHR-27 (4-99) AI

The district suspended me on October 15, 2021, because they refused to grant my request for religious exemp-tion. They suspended me without pay on October 19, 2021. I spoke with Karla Dozier and she indicated the dis-trict would still not grant my religious exemption request.
The Superintendent Kelvin Adams issued statement of charges against me on October 18, 2021 indicating he was suspending me without pay and was seeking my termination with the board.

I dually filed a charge of discrimination with the MCHR and EEOC on November 3, 2021 (No. 11/21 – 53422; 28E-2022-00137C) regarding the discrimination against me by the district.

I was supposed to have a hearing on the charges they brought against me, but they kept postponing the hearing and it never happened.

The district granted numerous medical exemptions but did not grant any religious exemptions. I learned that Charles Burton, who is the district's chief human resources officer, testified that there were "a couple hundred" requests for religious exemptions and zero of which were granted.

The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been ap-proved for a religious exemption. The district determined that it could give exemptions persons seeking an ex-emption. The district determined that it was able to make the accommodation of twice per week testing for em-ployees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter dated January 12, 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief is sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination in-cluding the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District have retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices
I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

X _____    6-17-22
Charging Party (Signature)    Date

X _____    6-17-22
Signature of Complainant

KEVIN KASPER    6-17-22
Notary Pub(Subscribed and sworn to before me this date (Day, month and Year)

State of Missouri
St. Charles County
Commission # 15386781
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

**CHARGE OF DISCRIMINATION**

AMENDED

Enter Charge Number

☐ FEPA E-03/22-53895

☒ EEOC 28E-2022-00741

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Mr. James Apple; | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race    ☐ Color    ☐ Sex
☐ National Origin    ☒ Religion    ☐ Age
☐ Disability    ☒ Retaliation    ☐ Other (Specify)

Date Discrimination took Place *(Month, Day, Year)*

August 2021-Present

☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2021.
On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.
I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district. The district did not grant any requests for religious exemptions.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

The Superintendent Kelvin Adams issued statement of charges against me on October 21, 2021 indicating he was suspending me

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _James Apple_    6/24/22
Charging Party (Signature)

X _James Apple_
Signature of Complainant
6-24-22

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

Subscribed and sworn to before me this date *(Day, month and Year)*

1 of 2

MOHR-27 (4-99) AI

without pay and was seeking my termination with the board.

I dually filed a charge of discrimination with the MCHR and EEOC in March 2022 (E-04/22-53895; 28E-2022-00741) regarding the discrimination against me by the district.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter dated January 12, 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on March 11, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination including the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| x _signature_  6/24/22<br>Charging Party (Signature)       Date | x _signature_<br>Signature of Complainant |

KEVIN _____ Subscribed and sworn to before me this date (Day, month and Year)
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15388761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 A!

Received EEOC July 18, 2022



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
|---|
| ☐ FEPA |
| ☒ EEOC   560-2022-02341 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Alice Crockett | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2001. I am a tenured certified teacher in the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor. The request for an exemption was denied by the district. I asked for reasons for the denial and for an outline of how the district evaluated religious exemption requests, what their criteria was, who reviewed the request for religious exemptions and whether their was a review process. The district refused to provide me answers to my questions.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoked with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

I spoke at a board of education meeting on October 12, 2021 regarding myself and other employees of the district to seek the district to amend their COVID policy. I indicated that frequent testing was a viable alternative to termination of employees who were not vaccinated and discussed that other districts have adopted frequent testing of non vacinnated staff. I also addressed the staffing shortages that were present in the district which are contrary to the welfare of the children and funding guidelines. Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notike of Hearing" on October 20, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

I filed a charge of discrimination with the EEOC on November 8, 2021 (560-2022-00358) regarding the discrimination against me by the district.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| x *Alice B. Crockett*   7/12/22<br>Charging Party *(Signature)*     Date | x *Alice B. Crockett*<br>Signature of Complainant<br><br>Subscribed and sworn to before me this date *(Day, month and Year)* |

MCHR-27 (4-99) AI

They scheduled a hearing in December 2021 for my charges, however, they postponed it and it was never held. Charles Burton, Chief Human Resources Officer for the District has stated that the district granted fifteen medical exemptions, with eight additional still pending. Burton testified that there were "a couple hundred" requests for religious exemptions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been suspended. They sent me an email and letter dated January 7, 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor had my ability to teach my students. I missed months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination including filing a charge of discrimination with the EEOC and/or MCHR.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| x _____  7/12/22 Date<br>Charging Party *(Signature)* | x _____<br>Signature of Complainant |
| | Subscribed and sworn to before me this date *(Day, month and Year)* |

MCHR-27-2 AI

# MISSOURI NOTARIAL CERTIFICATE
## (JURAT)

State of Missouri
County and or City of  St. Louis

Subscribed and affirmed before me this  12  day of  July , 20 22.

[Seal]

```
ALYSSA K. FAKES
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 21404174
My Commission Expires 11-11-2025
```

_Alyson K. Jakes_
[Notary Public]

Copyright © 2018 NotaryAcknowledgement.com. All Rights Reserved.



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Naomi Davis | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11ᵗʰ Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. (Include Area Code)<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☒ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I have been a teacher since 2015. I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2015. I am a tenured certified teacher in the district.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialog with me and other people who have requested religious exemptions. I have spoken with numerous other teachers of the district who have requested exemptions and none of us have been approved for an exemption. Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 19, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

I filed a charge of discrimination with the EEOC on November 22, 2021 (No.560-2022-00510).

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemptions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)*<br><br>Jessica Leigh Della Cruz<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X<br>Charging Party *(Signature)*                    Date | x _____<br>Signature of Complainant<br><br>12, July, 2022<br>Subscribed and sworn to before me this date *(Day, month and Year)* |

Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The

district determined that it could give exemptions persons seeking an exemption. The district de-termined that it was able to make the accommodation of twice per week testing for employees. It cannot there-fore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemp-tion and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination in-cluding the filing of the charge of discrimination with the MCHR and/or EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



JESSICA LEIGH DELA CRUZ
Notary Public, Notary Seal
State of Missouri
St. Louis County
Commission # 22348703
My Commission Expires 02-21-2026

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY** – *(When necessary to meet State and Local Requirements)*<br><br>Jessica Leigh Dela Cruz<br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____<br>Charging Party *(Signature)*          Date | X _Maxine Omega Dare_<br>Signature of Complainant<br><br>12 , July , 2022<br>Subscribed and sworn to before me this date *(Day, month and Year)* |



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

# CHARGE OF DISCRIMINATION

| Enter Charge Number |
|---|
| ☐ FEPA |
| ☒ EEOC    560-2022-02335 |

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

## Missouri Commission on Human Rights and EEOC

| Name (indicate Mr. Ms. or Mrs.) Ms. Malaika Ellison | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, State or Local Government Agency who discriminated against me (if more than one list below)

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone no. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on (Check appropriate box(es)) | | | Date Discrimination took Place (Month, Day, Year) |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | ☒ Continuing Action |
| ☒ Disability | ☒ Retaliation | ☐ Other (Specify) | |

The Particulars Are (If additional space is needed, attach extra sheet(s))

I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2000 as a teacher.
On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining my beliefs. The request for an exemption was denied by the district.
Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.
The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.
The Superintendent Kelvin Adams issued a statement of charges against me on October 20, 2021 indicating he was suspending me without pay and was seeking my termination with the board.
I dually filed a charge of discrimination with the MCHR and EEOC on December 13, 2021 (No. 560-2022-00738) regarding the discrimination against me by the district.
Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemptions and zero of which were granted.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| x *Martha E. Ellison* Charging Party (Signature) | x *Martha E. Ellison*  7-15-22 Subscribed and sworn to before me this date (Day, month and year) |

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 16366781
My Commission Expires 09-30-2023

1 of 2

NSHR DT (4-89) al

The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an ex-emption. The district determined that it was able to make the accommodation of twice per week testing for em-ployees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been suspended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination including the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

x _Martha Ellison_   07/15-22
Charging Party *(Signature)*           Date

x _Martha Ellison_
Signature of Complainant        7-15-22

Subscribed and sworn to before me this date *(Day, month and Year)*

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386781
My Commission Expires 09-30-2023

$2 \text{ of } 2$

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC  560-2022-02387

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Hollis Flannery | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11ᵗʰ Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race  ☐ Color  ☐ Sex
☐ National Origin  ☒ Religion  ☐ Age
☐ Disability  ☒ Retaliation  ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2020121-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I have been a teacher since 2016. I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2020.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

x _Holler Flannere_  7-21-22
Charging Party *(Signature)*  Date

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

x _Holler Flannere_
Signature of Complainant
July 21, 2022
Subscribed and sworn to before me this date *(Day, month and Year)*

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

MCHR-27 (4-99) AI

20, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

I dually filed a charge of discrimination with the MCHR and EEOC on December 13, 2021 (No. 560-2022-00736) regarding the discrimination against me by the district.

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemp-tions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommoda-tion given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemp-tion and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination in-cluding the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and puni-tive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have com-plained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

---

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    7-21-22
Charging Party *(Signature)*                Date

X _____
Signature of Complainant

Subscribed and sworn to before me this date *(Day, month and Year)*

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

Enter Charge Number
☐ FEPA
☒ EEOC  560-2022-01594

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

### Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Sharon Hardnett | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11ᵗʰ Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race  ☐ Color  ☐ Sex
☐ National Origin  ☒ Religion  ☐ Age
☐ Disability  ☒ Retaliation  ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2020121-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I have been a teacher since 2008.  I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2019.

On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination.  This requirement conflicts with my sincerely held religious beliefs.

The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.

I applied for a religious exemption including supplying a written statement outlining my beliefs.  The request for an exemption was denied by the district.  The district did not grant any requests for religious exemptions.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing.  This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations.  The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions.  I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties.  The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions.  Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine.  This made me extremely distraught and created a hostile working environment.

The district suspended me on October 15, 2021, because they refused to grant my request for religious exemption.  They suspended

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

x _____  4/21/22
Charging Party *(Signature)*

x _____
Signature of Complainant
4/21/22

Subscribed and sworn to before me this date *(Day, month and Year)*

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

RECEIVED APR 22 2022 ST. LOUIS DISTRICT

1 of 2

MCHR-27 (4-99) AI

me without pay on October 16, 2021. They scheduled a meeting with me on October 26, 2021. I spoke with Kar-la Dozier on October 26, 2021, and she indicated the district would still not grant my religious exemption request. I knew that they would seek my termination. I resigned my termination on October 26, 2021, because of the con-tinued harassment, hostile working environment and knowledge that they would terminate me if I did not resign.

The district changed its mind on January 24, 2022 and decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.



RECEIVED
APR 2 2 2022
EEOC
ST. LOUIS DISTRICT

| | |
|---|---|
| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | x _____ Signature of Complainant |
| x _____ 4/21/22 Charging Party (Signature) | 4/21/22 Subscribed and sworn to before me this date (Day, month and Year) |

KEVIN KASPER
Notary Public
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI

Received EEOC July 14, 2022



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC  560-2022-02336 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Ms. Amira Herndon | | |
| Street Address | City, State and Zip Code | County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me** *(if more than one list below).*

| Name | No. of Employees/Members | Telephone No. (Include Area Code) |
| --- | --- | --- |
| Saint Louis Public School District | 500+ | 314-231-3720 |
| Street Address | City, State and Zip Code | |
| 801 N. 11th Street | Saint Louis, MO 63101 | |
| Name | No. of Employees/Members | Telephone No. (Include Area Code) |
| Board of Education of the City of St. Louis | 500+ | 314-231-3720 |
| Street Address | City, State and Zip Code | |
| 801 N. 11th Street | Saint Louis, MO 63101 | |

Cause of Discrimination based on (Check appropriate box(es))

☐ Race    ☐ Color    ☐ Sex
☐ National Origin    ☒ Religion    ☐ Age
☐ Disability    ☐ Retaliation    ☐ Other (Specify)

| Date Discrimination took Place (Month, Day, Year) |
| --- |
| August 2021-Present |
| ☒ Continuing Action |

The Particulars Are (If additional space is needed, attach extra sheet(s)):

I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 1998. I am a tenured certified teacher.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption. Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY — (When necessary to meet State and Local Requirements) |
| --- | --- |
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | x _Amira S Herndon_ |
| x _Amira S Herndon_  7/8/2022 | Signature of Complainant    7/8/2022 |
| Charging Party (Signature)    Date | |

Subscribed and sworn to before me this date (Day, month and Year)
ELIZABETH KEEPE
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 20, 2025

MCHR-27 (4-99) AI

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 19, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

I dually filed a charge of discrimination with the MCHR and EEOC on November 15, 2021 (No. 560-2022-00167) regarding the discrimination against me by the district.

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemp-tions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommoda-tion given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemp-tion and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination in-cluding the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

<table>
<tr>
<td>
☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.
</td>
<td>
NOTARY – (When necessary to meet State and Local Requirements)
</td>
</tr>
<tr>
<td>
I declare under penalty of perjury that the foregoing is true and correct.

X _____  7/8/2022
Charging Party (Signature)            Date
</td>
<td>
I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

X _____
Signature of Complainant            7/8/2022

Subscribed and sworn to before me this date (Day, month and Year)
</td>
</tr>
</table>

ELIZABETH REEPE
Official Seal
Notary Public - State of Illinois
My Commission Expires Dec 20, 2025

MCHR-27-2 AI

Received EEOC July 14, 2022



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
CHARGE OF DISCRIMINATION

| Enter Charge Number |
| --- |
| ☐ FEPA |
| ☒ EEOC  560-2022-02340 |

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Michelle Johnson | Date of Birth | Home Telephone No. (Include Area Code) |
| --- | --- | --- |
| Street Address | City, State and Zip Code | County |

Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (If more than one list below).

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| --- | --- | --- |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on (Check appropriate box(es)) | Date Discrimination took Place (Month, Day, Year) |
| --- | --- |
| ☐ Race ☐ Color ☐ Sex | August 2020121-Present |
| ☐ National Origin ☒ Religion ☐ Age | |
| ☐ Disability ☐ Retaliation ☐ Other (Specify) | ☒ Continuing Action |

The Particulars Are (If additional space is needed, attach extra sheet(s)):

I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2012. I am a tenured certified teacher.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.

I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption. Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

JOE MAYORAL III
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 31, 2023

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY (When necessary to meet State and Local Requirements) |
| --- | --- |
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| _Michelle L Johnson_ 7/7/22 | Signature of Complainant _Michelle L Johnson_ |
| Charging Party (Signature)          Date | Subscribed and sworn to before me this date (Day, month and Year) |

MCHR-27 (4-99) AI

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October 20, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

I dually filed a charge of discrimination with the MCHR and EEOC on November 15, 2021 (No. 560-2021-02640) regarding the discrimination against me by the district.

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemp-tions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommoda-tion given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemp-tion and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination in-cluding the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

```
JOE MAYORAL III
Official Seal
Notary Public - State of Illinois
My Commission Expires Aug 31, 2023
```

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

_Michelle Johnson_   7/7/22
Charging Party (Signature)          Date

NOTARY (When necessary for meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

_Michelle Johnson_
Signature of Complainant

Subscribed and sworn to before me this date (Day, month and Year)

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

**CHARGE OF DISCRIMINATION**

| Enter Charge Number |
| ☐ FEPA |
| ☒ EEOC   560-2022-02277 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Mr. Johnnie McCreary | Date of Birth | Home Telephone No. (Include Area Code) |
| Street Address | City, State and Zip Code | County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on (Check appropriate box(es))

☐ Race   ☐ Color   ☐ Sex
☐ National Origin   ☒ Religion   ☐ Age
☒ Disability   ☒ Retaliation   ☐ Other *(Specify)*

Date Discrimination took Place (Month, Day, Year)
August 2020121-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 1983. I am a tenured certified teacher.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interest of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

NOTARY – *(When necessary to meet State and Local Requirements)*

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

X _____
Charging Party (Signature)   6-7-22   Date

X _____
Signature of Complainant

7th   July   2022
Subscribed and sworn to before me this date *(Day, month and Year)*

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

MCHR-27 (4-99) AI

19, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

I dually filed a charge of discrimination with the MCHR and EEOC on November 15, 2021 (No. 560-2022-00157) regarding the discrimination against me by the district.

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemp-tions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommoda-tion given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemp-tion and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination in-cluding the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

Charging Party *(Signature)*   6-7-22

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

X
Signature of Complainant

7th July 2022

Subscribed and sworn to before me this date *(Day, month and Year)*

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

# CHARGE OF DISCRIMINATION

| Enter Charge Number |
|---|
| ☐ FEPA |
| ☒ EEOC   560-2022-02076 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Mrs. Tammy O'Connor | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate box(es))*

☐ Race   ☐ Color   ☐ Sex
☐ National Origin   ☒ Religion   ☐ Age
☐ Disability   ☒ Retaliation   ☐ Other *(Specify)*

Date Discrimination took Place *(Month, Day, Year)*
August 2021-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I have been a teacher since 2008. I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2008.
On August 24, 2021, the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
The district told the employees that they could apply for a religious exemption and continue teaching by receiving tests on Monday and Thursday each week, indicating they were capable of accommodating employees request for religious exemptions.
I applied for a religious exemption including supplying a written statement outlining my beliefs. The request for an exemption was denied by the district. The district did not grant any requests for religious exemptions.
Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

The district suspended me on October 15, 2021, because they refused to grant my request for religious exemption. They

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.  x *[signature]* Tammy O'Connor   6/3/2022  Charging Party *(Signature)* | x *[signature]* Tammy O'Connor   6/3/22  Signature of Complainant |
| | *[signature]*   Subscribed and sworn to before me this date *(Day, month and Year)* |

KEVIN KASPER
Notary Public - Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

1 of 2

MCHR-27 (4-99) AI

suspended me without pay on October 18, 2021. I spoke with Karla Dozier on October 18, 2021, and she indicated the district would still not grant my religious exemption request.

The Superintendent Kelvin Adams issued statement of charges against me on October 18, 2021 indicating he was suspending me without pay and was seeking my termination with the board.

I dually filed a charge of discrimination with the MCHR and EEOC on November 4, 2021 (No. 11/21 – 53427; 28E-2022-00143C) regarding the discrimination against me by the district.

I had a hearing on the charges they brought against me on December 16, 2022 in which evidence was taken. Charles Burton, Chief Human Resources Officer testified at the hearing.

Burton testified that the district granted fifteen medical exemptions, with eight additional still pending. He testified that there were "a couple hundred" requests for religious exemptions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter dated January 14, 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination including the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| x _Jemmy O'Connor_   6/3/2022<br>Charging Party *(Signature)* | x _Jammy O'Connor_<br>Signature of Complainant   6/3/22 |
| | Date<br>Subscribed and sworn to before me this date *(Day, month and Year)* |

KEVIN KASPER
Notary Public
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2                    MCHR-27-2 AI

MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

**CHARGE OF DISCRIMINATION**

Enter Charge Number

☐ FEPA
☒ EEOC   560-2022-02337

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Mrs. Shenicquel "Nikki" Spotts | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 1999. I am a tenured certified teacher.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining by beliefs. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption. Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| x _Shenicquel Spotts_ 7/14/22 Charging Party *(Signature)*          Date | x _Shenicquel Spotts_ Signature of Complainant July 14th 2022   14th of July, 2022 Subscribed and sworn to before me this date *(Day, month and Year)* |



HALEY BENEFIELD
My Notary ID # 132508589
Expires June 5, 2024

20, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

I dually filed a charge of discrimination with the MCHR and EEOC on November 23, 2021 (No. 560-2022-00178) regarding the discrimination against me by the district.

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemptions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been suspended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination including the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

Since being attacked for my religious beliefs by the SLPS District, I have also been subjected to being personally and professionally ostracized by the community and my work environment. The district has intentionally persecuted me and other employees who refused to become vaccinated because of our religious beliefs and has made public statements about us intended to cause the public opinion to turn against us in an effort to bully us to take the vaccine. The district's actions have portrayed us in a negative light and caused the news media to allow the public to direct hostile and unsupported rhetoric towards us leading to a loss of public standing and reputation. The narrative the district has spread is not of courageous educators standing up for freedom of choice and personal health. Instead, the district has portrayed us as rebellious agitators and of being uncaring of the students we have dedicated our lives to. Nothing could be further from the truth.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

---

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

x _Shenique Spotts_ 7/14/22
Charging Party (Signature)          Date

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

x _Shenique Spotts_
Signature of Complainant

14th of July, 2022
Subscribed and sworn to before me this date (Day, month and Year)

HALEY BENEFIELD
My Notary ID # 132508589
Expires June 5, 2024



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Danielle Watson | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. (Include Area Code) 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

Cause of Discrimination based on *(Check appropriate boxes(es))*

☐ Race    ☐ Color    ☐ Sex
☐ National Origin    ☒ Religion    ☐ Age
☐ Disability    ☒ Retaliation    ☐ Other *(Specify)*

Date Discrimination took Place (Month, Day, Year)
August 2020121-Present
☒ Continuing Action

The Particulars Are *(If additional space is needed, attach extra sheet(s))*:
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2004. I am a tenured certified teacher.

On August 24, 2021 the Board of Education adopted a policy #4824 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption. Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely distraught and created a hostile working environment.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

x _____  07/19/22
Charging Party (Signature)

x _____
Signature of Complainant

AMANDA L. MILLER
Notary Public - Notary Seal
St. Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

Subscribed and sworn to before me this date 19 July 2022 (Day, month and year)

MCHR-27 (4-99) AI

20, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be discharged from my employment with the St. Louis Public Schools.

I dually filed a charge of discrimination with the MCHR and EEOC on November 23, 2021 (No. 560-2022-00511) regarding the discrimination against me by the district.

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemptions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 28, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking of an exemption and for my complaints of discrimination in-cluding the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and puni-tive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – (When necessary to meet State and Local Requirements) I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. X _____ Charging Party (Signature) | X _____ Signature of Complainant 19 JULY 2022 Subscribed and sworn to before me this date (Day, month and Year) |

AMANDA L. MILLER
Notary Public Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

MCHR-27-2.AI

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 560-2022-00018 |

| MISSOURI COMMISSION ON HUMAN RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>**ANDREW CRAIG** | Home Phone | Year of Birth |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. *(If more than two, list under PARTICULARS below.)*

| Name<br>**SAINT LOUIS PUBLIC SCHOOLS** | No. Employees, Members<br>**201 - 500** | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|
| **810 NORTH 11TH STREET, SAINT LOUIS, MO 63101** | |

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code |
|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)* | DATE(S) DISCRIMINATION TOOK PLACE |
|---|---|
| ☐ RACE  ☐ COLOR  ☐ SEX  ☒ RELIGION  ☐ NATIONAL ORIGIN<br>☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | Earliest  **09-24-2021**   Latest  **10-15-2021**<br><br>☐ CONTINUING ACTION |

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

**I am a Christian. I was hired in 2016 as an Aviation Vocational Tech Instructor, until my suspension on October 15, 2021.**

**During my employment, I had no disciplinary actions taken against me, I received outstanding performance reviews and perfect attendance awards. On September 24, 2021, I submitted documentation, which included a letter from my church, for Religious Exemption from taking the COVID-19 Vaccination. Annamaria Lu, Human Resources Paralegal, denied my exemption due to insufficient information for the District to grant my request for a sincerely held religious exemption. My employer failed to provide me with a religious accommodation, as a result I have been suspended without pay until I receive the COVID-19 vaccine.**

**10-29-2021: On September 22, 2021 I informed the school principal and human resources department via email that I was concerned for the privacy of my information and my safety,**

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Andrew Craig on 11-09-2021 06:12 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 560-2022-00018 |

| MISSOURI COMMISSION ON HUMAN RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

as multiple staff had asked for my vaccination status while performing my job duties in the building. On August 31, 2021 an all staff email was sent out by a staff member at the school that referred to those without a vaccine as idiots with a lack of education and common sense. On September 22, 2021, I also asked the school principal and human resources department the following questions: What is the criteria that will be used to evaluate my request? Is there any reason my religious exemption request and accommodation would be denied? Those questions were sent to Ms. Annamaria Lu in Human Resources on September 23, 2021 with no response to those questions. Charles K. Burton, Chief Human Resources Officer replied on September 23, 2021 that he was in receipt of my request and that the district will treat the information provided as confidential and that each case is reviewed on its merits under the applicable law. Again no specific response to the questions I had asked. My request for a religious exemption was subsequently denied. On September 29, 2021 I emailed the school principal and Human Resources office requesting an appeal of their decision. I provided an attached document with comments of several nationally known Christian organizations and pastors which supported my religious objection stance. On September 30, 2021 Ms. Annamaria Lu sent an email stating that the district has completed review of the information which I had submitted. She stated that at this time their decision remains unchanged and is final. On October 1, 2021 I sent the school principal an email requesting that I wanted to make an internal complaint with the district for religious discrimination. On October 5, 2021 I received a response from the school principal who replied that she was told This is a decision of the District based on board policy. As such, there is no complaint that can be filed within SLPS for his complaint. On October 14, 2021 I received an email from Ms. Annamaria Lu that I was to report to Human Resources 801 N. 11th Street on Friday, October 15, 2021. This is a different address than my normal assigned work building. In addition, on October 14, 2021 I received an email that the Board of Education of the City of St. Louis approved a one-time $750 bonus for every SLPS employee who has been fully vaccinated against Covid-19. On October 15, 2021 I received a letter from human resources at 801 N. 11th Street that I was to report back to the district office location on October 18, 2021. The letter stated that I was placed on administrative leave and that I would not be allowed on district property. The date of October 18, 2021 was the day the school had scheduled parent teacher conferences as well as a tour of my program with district and industry professionals. I had been told on October 13, 2021 that I should be available to answer questions for those members taking the tour but was then denied the opportunity to fulfill those duties. On October 22 an email was sent to Ms. Dozier, Director of Employer Relations at St. Louis Public Schools asking about my Sick and PTO Time Bank with no response as of October 29, 2021.

In addition, the balance of competing constitutional interests weight in favor of the rights of students ineligible to receive the vaccine.

I believe that I have been denied a religious accommodation and suspended due to my religious beliefs a Christian which is in violation of Title VII of the Civil Rights Act of 1964, as

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Andrew Craig on 11-09-2021 06:12 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE<br>(*month, day, year*) |

EEOC Form 5 (11/09)

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974.  See enclosed Privacy Act Statement and other information before completing this form.

| Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|
| ☐ FEPA | |
| ☒ EEOC | **560-2022-00018** |

| **MISSOURI COMMISSION ON HUMAN RIGHTS** | and EEOC |
|---|---|
| *State or local Agency, if any* | |

**amended.**

| I want this charge filed with both the EEOC and the State or local Agency, if any.  I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Andrew Craig on 11-09-2021 06:12 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

CP Enclosure with EEOC Form 5 (11/09)

**PRIVACY ACT STATEMENT:**  Under the Privacy Act of 1974, Pub. Law 93-579, authority to request personal data and its uses are:

**1.  FORM NUMBER/TITLE/DATE.**  EEOC Form 5, Charge of Discrimination (11/09).

**2.  AUTHORITY.**  42 U.S.C. 2000e-5(b), 29 U.S.C. 211, 29 U.S.C. 626, 42 U.S.C. 12117, 42 U.S.C. 2000ff-6.

**3.  PRINCIPAL PURPOSES.**  The purposes of a charge, taken on this form or otherwise reduced to writing (whether later recorded on this form or not) are, as applicable under the EEOC anti-discrimination statutes (EEOC statutes), to preserve private suit rights under the EEOC statutes, to invoke the EEOC's jurisdiction and, where dual-filing or referral arrangements exist, to begin state or local proceedings.

**4.  ROUTINE USES.**  This form is used to provide facts that may establish the existence of matters covered by the EEOC statutes (and as applicable, other federal, state or local laws).  Information given will be used by staff to guide its mediation and investigation efforts and, as applicable, to determine, conciliate and litigate claims of unlawful discrimination.  This form may be presented to or disclosed to other federal, state or local agencies as appropriate or necessary in carrying out EEOC's functions.  A copy of this charge will ordinarily be sent to the respondent organization against which the charge is made.

**5.  WHETHER DISCLOSURE IS MANDATORY; EFFECT OF NOT GIVING INFORMATION.**  Charges must be reduced to writing and should identify the charging and responding parties and the actions or policies complained of.  Without a written charge, EEOC will ordinarily not act on the complaint.  Charges under Title VII, the ADA or GINA must be sworn to or affirmed (either by using this form or by presenting a notarized statement or unsworn declaration under penalty of perjury); charges under the ADEA should ordinarily be signed.  Charges may be clarified or amplified later by amendment.  It is not mandatory that this form be used to make a charge.

### NOTICE OF RIGHT TO REQUEST SUBSTANTIAL WEIGHT REVIEW

Charges filed at a state or local Fair Employment Practices Agency (FEPA) that dual-files charges with EEOC will ordinarily be handled first by the FEPA.  Some charges filed at EEOC may also be first handled by a FEPA under worksharing agreements.  You will be told which agency will handle your charge.  When the FEPA is the first to handle the charge, it will notify you of its final resolution of the matter.  Then, if you wish EEOC to give Substantial Weight Review to the FEPA's final findings, you must ask us in writing to do so within 15 days of your receipt of its findings.  Otherwise, we will ordinarily adopt the FEPA's finding and close our file on the charge.

### NOTICE OF NON-RETALIATION REQUIREMENTS

Please **notify** EEOC or the state or local agency where you filed your charge **if retaliation is taken against you or others** who oppose discrimination or cooperate in any investigation or lawsuit concerning this charge.  Under Section 704(a) of Title VII, Section 4(d) of the ADEA, Section 503(a) of the ADA and Section 207(f) of GINA, it is unlawful for an *employer* to discriminate against present or former employees or job applicants, for an *employment agency* to discriminate against anyone, or for a *union* to discriminate against its members or membership applicants, because they have opposed any practice made unlawful by the statutes, or because they have made a charge, testified, assisted, or participated in any manner in an

investigation, proceeding, or hearing under the laws. The Equal Pay Act has similar provisions and Section 503(b) of the ADA prohibits coercion, intimidation, threats or interference with anyone for exercising or enjoying, or aiding or encouraging others in their exercise or enjoyment of, rights under the Act.



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
## CHARGE OF DISCRIMINATION

| Enter Charge Number |
|---|
| ☐ FEPA |
| ☒ EEOC   560-2021-02631 |

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) Ms. Diana Mathieson | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below)*.

| Name Saint Louis Public School District | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
|---|---|---|
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |
| Name Board of Education of the City of St. Louis | No. of Employees/Members 500+ | Telephone No. *(Include Area Code)* 314-231-3720 |
| Street Address 801 N. 11th Street | City, State and Zip Code Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2015. I am a tenured certified teacher.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor.  The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing.  This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations.  The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions.  I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties.  The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions.  Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine.  This made me extremely distraught and created a hostile working environment.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | Signature of Complainant |
| x *(signature)*   8/29/22  Charging Party *(Signature)*   Date   AMANDA L. MILLER Notary Public - Notary Seal St Charles County - State of Missouri Commission Number 13534807 My Commission Expires Oct 6, 2025 | 29 August 2021 Subscribed and sworn to before me this date *(Day, month and Year)* |

MCHR-27 (4-99) A!

November 2, 2021 in which he indicated that the district was suspending me without pay and that he was rec-ommending to the board that I be discharged from my employment with the St. Louis Public Schools.

I dually filed a charge of discrimination with the MCHR and EEOC on December 13, 2021 (No. 560-2022-00739) regarding the discrimination against me by the district.

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemp-tions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommoda-tion given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemp-tion and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions, Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me and creating a hostile working environment. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination in-cluding the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

☒  I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

x _____  8/29/2022
Charging Party (Signature)          Date

AMANDA L. MILLER
Notary Public - Notary Seal
St Charles County - State of Missouri
Commission Number 13534807
My Commission Expires Oct 6, 2025

NOTARY (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

x _____
Signature of Complainant

29 August 2022
Subscribed and sworn to before me this date (Day, month and Year)

MCHR-27-2 AI



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS

Charge Number
☐ FEPA
☒ EEOC

# CHARGE OF DISCRIMINATION

This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.

## Missouri Commission on Human Rights and EEOC

| Name (Indicate Mr., Ms., or Mrs.) | | Date of Birth | Home Telephone No. (Include Area Code) |
|---|---|---|---|
| Mr. Paul Pernician | | | |
| Street Address | City, State and Zip Code | | County |
| | St. Louis, MO 63123 | | Saint Louis County |

## Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me (if more than one list below).

| Name | No. of Employees/Members | Telephone No. (Include Area Code) |
|---|---|---|
| Saint Louis Public School District | 500+ | 314-231-3720 |
| Street Address | City, State and Zip Code | |
| 801 N. 11th Street | Saint Louis, MO 63101 | |
| Name | No. of Employees/Members | Telephone No. (Include Area Code) |
| Board of Education of the City of St. Louis | 500+ | 314-231-3720 |
| Street Address | City, State and Zip Code | |
| 801 N. 11th Street | Saint Louis, MO 63101 | |

| Cause of Discrimination based on (Check appropriate box(es)): | Date Discrimination took Place (Month, Day, Year) |
|---|---|
| ☐ Race  ☐ Color  ☐ Sex | August 2021-Present |
| ☐ National Origin  ☒ Religion  ☐ Age | |
| ☐ Disability  ☒ Retaliation  ☐ Other (Specify) | ☒ Continuing Action |

The Particulars Are (If additional space is needed, attach extra sheet(s)):
I have worked for the Board of Education of the City of St. Louis & Saint Louis Public School District since 2009. I am a tenured certified teacher.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs.
I applied for a religious exemption including supplying written statements outlining by beliefs by myself and my pastor. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.
Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to allow religious exemptions. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

The district administration harassed its employees, including myself, to get the vaccine. This made me extremely uncomfortable and created a hostile working environment.

The Superintendent of Schools for the district, Kelvin Adams, issued me a "Statement of Charges and Notice of Hearing" on October

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X _____   7-4-2022
Charging Party (Signature)        Date

NOTARY — (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

X _____
Signature of Complainant

8th JULY 2022

Subscribed and sworn to before me this date (Day, month and Year)

NOTARY PUBLIC - Notary Seal
St. Louis County - State of Missouri
Commission Number 16028928
My Commission Expires Oct 11, 2025

18, 2021 in which he indicated that the district was suspending me without pay and that he was recommending to the board that I be

discharged from my employment with the St. Louis Public Schools.

I dually filed a charge of discrimination with the MCHR and EEOC in January 2021 (No. E-10/21-53410, 28E-2022-00122C) regarding the discrimination against me by the district.

Charles Burton, Chief Human Resources Officer has stated that the district granted fifteen medical exemptions, with eight additional still pending. He stated that there were "a couple hundred" requests for religious exemptions and zero of which were granted. The accommodation given to persons who sought medical exemptions was they were allowed to test twice per week, on Monday and Thursday. This would be the same accommodation given to persons had they been approved for a religious exemption. The district determined that it could give exemptions persons seeking an exemption. The district determined that it was able to make the accommodation of twice per week testing for employees. It cannot therefore say it will undergo undue hardship if it granted my accommodation of twice per week testing.

The district changed its mind in January 2022 and granted the requests of people who had previously been sus-pended. They sent me a letter in January 2022 indicating they decided to grant my request for religious exemption and reinstated my employment. They are not contesting that my religious belief was sincerely held. My condition has not changed, nor has my ability to teach my students. I missed approximately three months of teaching my students because of the district's discriminatory practices. They did not pay me for the period of my suspension.

Even though they granted my exemption they indicated they would issue new charges against me for not being vaccinated from October through January. They issued new charges against me on February 7, 2022 in which they indicated they were seeking to uphold the unpaid suspension against me. They did this in retaliation for my exercising my rights to religious freedom protected by the US and Missouri Constitutions. Title VII and the MHRA.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialog as to possible accommodations of my beliefs that would allow me to continue working, suspending me without pay, harassing me, creating a hostile working environment, and forcing me to resign. They have also retaliated against me for my seeking an exemption and for my complaints of discrimination including the filing of the charge of discrimination with the MCHR & EEOC.

SLPS engaged in unlawful discrimination by refusing to grant an exemption for my sincerely held religious belief as required by the Title VII and the Missouri Human Rights Act.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

TAYLOR WEISS
Notary Public - Notary Seal
St Louis County - State of Missouri
Commission Number 16028928
My Commission Expires Oct 11, 2025

☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

I declare under penalty of perjury that the foregoing is true and correct.

X _____    7-9-2022
Charging Party (Signature)    Date

NOTARY – (When necessary to meet State and Local Requirements)

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

X _____
Signature of Complainant

8th JULY 2022
Subscribed and sworn to before me this date (day, month and Year)

MCHR-27-2 A7



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number
☐ FEPA
☒ EEOC

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Missouri Commission on Human Rights and EEOC | | |
|---|---|---|
| Name (Indicate Mr., Ms., or Mrs.)<br>Ms. Saidia McDaniel; █ | Date of Birth<br>1█ | Home Telephone No. (Include Area Code) |
| Street Address | City, State and Zip Code | County |

**Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).***

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place *(Month, Day, Year)* |
|---|---|---|---|
| ☐ Race ☐ Color ☐ Sex | | | August 2021-Present |
| ☐ National Origin ☒ Religion ☐ Age | | | |
| ☐ Disability ☒ Retaliation ☐ Other *(Specify)* | | | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*

I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District beginning in August 2021. I worked as a building substitute teacher, a summer school teacher and a permanent substitute teacher.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district.

The St. Louis Public Schools sent me a letter dated November 3, 2021 indicating I was terminated.

Other districts in the State of Missouri have implemented procedures where the employees without COVID-19 vaccinations are able to continue working, such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work in the district, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as myself were terminated.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district refused to grant my religious exemption request and left me unemployed which included the Thanksgiving and Christmas holidays. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)*<br><br>I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____  8/25/22<br>Charging Party *(Signature)*    Date | X _____<br>Signature of Complainant   8/25/2022<br><br>KEVIN KASPER<br>Notary Public, Notary Subscribed and sworn to before me this date *(Day, month and Year)* |

State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

*1 of 2*

MCHR-27 (4-99) AI

statutory rights.

The district reversed its prior exemption denials in January 2022 and agreed to grant the religious exemptions of twice per week testing to persons whom they previously denied. This is an indication that the accommodation is available without undue cost to the district. The district offered me to be reinstated on or about January 24,2022 and indicated they were granting my religious exemption and offered to reinstate me on February 7, 2022. They are now allowing twice per week testing as an accommodation. They knowingly discriminated against me from September through February 7, 2022 by refusing to employ me even though there were reasonable accommo-dations the district could have used to employ me at de minimis cost.

The district and board have discriminated against me because of my religious beliefs including refusing to en-gage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue work-ing. They have also retaliated against me for my actions seeking an exemption.
The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our reli-gious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory poli-cies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct. | |
| x _____ | x _____<br>Signature of Complainant |
| Charging Party *(Signature)* | |

KEVIN KASPER
Notary Public, Notary Subscribed and sworn to before me this date *(Day, month and Year)*

State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

2 of 2

MCHR-27-2 AI

EEOC Form 5 (9/01)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | **X** FEPA **E-** <br> ☐ EEOC | |

| Missouri Commission On Human Rights | | and EEOC |
|---|---|---|
| State or local Agency, if any | | |

| Name (indicate Mr., Ms., Mrs.) | Home Phone (incl. Area Code) | Date of Birth |
|---|---|---|
| **Mr. Marc Ingram** ▮ | ▮ | ▮ |

| Street Address | City, State and ZIP Code | County |
|---|---|---|
| | | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Include Area Code) |
|---|---|---|
| **Saint Louis Public Schools** | **15+** | **314.231.3720** |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| **801 N. 11 Street** | **Saint Louis, MO 63101** | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE  ☐ COLOR  ☐ SEX  **X** RELIGION  ☐ NATIONAL ORIGIN

☐ RETALIATION  ☐ AGE  ☐ DISABILITY  ☐ OTHER (Specify below.)

DATE(S) DISCRIMINATION TOOK PLACE

**9/15/2021**

☐ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I began working for the Respondent in February of 2014. On 8/24/2021 a new policy made by the Respondent was that all employees needed to have COVID-19 vaccines by October 15th. I was told that if I was not vaccinated by then, I would be terminated, unless I had either a religious or medical exemption. I first applied for a religious accommodation on 9/14/2021, but I was denied on 9/15/2021. The second time I applied was on 9/22/2021. I expressed that my body was a temple, and could not damage that temple with the vaccine. I even submitted a letter from my pastor. This second request was also denied. I was told that I was denied because our students were not eligible for the vaccine, which is a lie.

**I believe I was denied a religious accommodation by the Respondent.**
1) I applied for an accommodation to be exempt from the COVID-19 vaccine mandate on 9/14/2021 and 9/22/2021.
2) I was denied twice, with the first denial being on 9/15/2021.

As remedy, I desire an end to the discrimination and anything else the Commission deems just and proper.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State and Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. <br> SIGNATURE OF COMPLAINANT |
| **x** 10/28/2021   **x** ~Marc A. Ingram~ <br> Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE <br> (month, day, year) |



MISSOURI DEPARTMENT OF LABOR AND INDUSTRIAL RELATIONS
COMMISSION ON HUMAN RIGHTS
**CHARGE OF DISCRIMINATION**

Enter Charge Number

☐ FEPA

☒ EEOC    560-2022-02862

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement before completing this form.*

| Missouri Commission on Human Rights and EEOC | | |
|---|---|---|
| Name (Indicate Mr., Ms., or Mrs.)<br>Mr. Jeffery McCaw, Sr.; | Date of Birth | Home Telephone No. (Include Area Code) |
| Street Address | City, State and Zip Code | County |

### Named below is the Employer, Labor Organization, Employment Agency, Apprenticeship, Committee, State or Local Government Agency who discriminated against me *(if more than one list below).*

| Name<br>Saint Louis Public School District | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
|---|---|---|
| Street Address<br>801 N. 11ᵗʰ Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |
| Name<br>Board of Education of the City of St. Louis | No. of Employees/Members<br>500+ | Telephone No. *(Include Area Code)*<br>314-231-3720 |
| Street Address<br>801 N. 11th Street | City, State and Zip Code<br>Saint Louis, MO 63101 | |

| Cause of Discrimination based on *(Check appropriate box(es))* | | | Date Discrimination took Place<br>*(Month, Day, Year)* |
|---|---|---|---|
| ☐ Race | ☐ Color | ☐ Sex | August 2021-Present |
| ☐ National Origin | ☒ Religion | ☐ Age | |
| ☐ Disability | ☒ Retaliation | ☐ Other *(Specify)* | ☒ Continuing Action |

The Particulars Are *(If additional space is needed, attach extra sheet(s)):*
I worked for the Board of Education of the City of St. Louis & Saint Louis Public School District beginning in 2011. I worked as a Construction Trade Teacher at Beaumont Highschool.

On August 24, 2021 the Board of Education adopted a policy #4624 requiring employees to take a COVID-19 Vaccination. This requirement conflicts with my sincerely held religious beliefs. I applied for a religious exemption including supplying a written statement outlining my beliefs including a statement from my pastor. The request for an exemption was denied by the district.

Other districts in the State of Missouri have implemented procedures where teachers without COVID-19 vaccinations are able to continue teaching such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to teach, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous other employees of the district who have requested exemptions and none of us have been approved for an exemption.

Accommodating teachers by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district has approved medical exemptions for other teachers which indicates that there are accommodations available that would allow the teacher to teach and the students to learn, but the district has refused to grant any religious exemptions. Upon reason and belief, the district did not actually review my request for religious exemption and issued blanket denials to all request in violation of our constitutional and statutory rights.

Other districts in the State of Missouri have implemented procedures where the employees without COVID-19 vaccinations are able to continue working, such as frequent COVID testing. This indicates that there are accommodations that are available to allow me to continue to work in the district, however the district has refused to entertain such accommodations. The district has refused to engage in an interactive dialogue with me and other people who have requested religious exemptions. I have spoken with numerous

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *(When necessary to meet State and Local Requirements)* |
|---|---|
| | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |
| I declare under penalty of perjury that the foregoing is true and correct.<br><br>X _____<br>Charging Party *(Signature)*     Date | X _____<br>Signature of Complainant     9-6-22 |
| KEVIN KASPER<br>Notary Public, Notary Seal<br>State of Missouri<br>St. Charles County<br>Commission # 15386761<br>My Commission Expires 09-30-2023 | Subscribed and sworn to before me this date *(Day, month and Year)*<br><br>MCHR-27 (4-99) AI |

other employees of the district who have requested exemptions and none of us were approved for an exemption.

The certified teachers such as myself were given statement of charges and suspended without pay pending hearings to terminate them. Noncertified employees such as were terminated.

The Superintendent Kelvin Adams issued statement of charges against me on or about October 15, 2021 indicating he was suspending me without pay and was seeking my termination with the board.

The district held a hearing on December 6, 2021 in which they sought my termination. The hearing officer never entered a decision. I later learned that the district dismissed the charges. The actions of the district caused me anxiety and caused me loss of sleep.

Accommodating teachers and employees by allowing frequent testing rather than terminating them would be reasonable and in the best interests of all parties. The district approved medical exemptions for other employees and now religious exemptions for the certified teachers and employees, which indicates that there are accommodations available that would allow the teachers and employees to teach and perform their duties and for the students to learn, but the district refused to grant my religious exemption request and left me unemployed which included the Thanksgiving and Christmas holidays. Upon reason and belief the district did not actually review my request for religious exemption and issued blanket denials to all requests in violation of our constitutional and statutory rights.

The district reversed its prior exemption denials in January 2022 and agreed to grant the religious exemptions of twice per week testing to persons whom they previously denied. This is an indication that the accommodation is available without undue cost to the district. The district offered me to be reinstated on or about January 21,2022 and indicated they were granting my religious exemption and offered to reinstate me. They are now allowing twice per week testing as an accommodation. They knowingly discriminated against me from October through January 2022 by refusing to employ me even though there were reasonable accommodations the district could have used to employ me at de minimis cost. I requested to have a meeting with human resources seeking an explanation as to why the suspended me and offered to reinstate me but they refused to meet with me.

The district and board have discriminated against me because of my religious beliefs including refusing to engage in interactive dialogue as to possible accommodations of my beliefs that would allow me to continue working. They have also retaliated against me for my actions seeking an exemption.

The district and board have engaged in a pattern and practice of discriminating against employees because of their religious beliefs and of retaliating against persons who complain about such discrimination. The district and board have knowingly and intentionally discriminated against me, and other employees because of our religious beliefs resulting in both disparate treatment and disparate impact. The Board and District has retaliated against me and other persons seeking religious exemptions and for complaining about their discriminatory policies and practices.

I seek injunctive relief, reinstatement, back pay, front pay, compensatory damages, statutory damages, and punitive damages on behalf of myself and on behalf of a class of similarly situated persons comprising of persons with religious beliefs which are infringed upon by the district and board's policies, who have sought exemptions for the board's and district's policies which interfere with our sincerely held religious beliefs, who have complained about the board and district's policies which interfere with such beliefs, who the district has failed to hire, suspended, terminated, threatened to terminate, asked to resign, failed to promote or otherwise discriminated against, or retaliated against, including but not limited to claims under the Missouri Human Rights Act, and Titles VI and VII of the Civil Rights Act of 1964, each as amended.

| ☒ I want this charge filed with both the EEOC and the Missouri Commission on Human Rights. I will advise the agencies if I change my address or telephone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | **NOTARY** – *(When necessary to meet State and Local Requirements)* |
|---|---|
| I declare under penalty of perjury that the foregoing is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. |

X _____  9-6-22
Charging Party *(Signature)*

X _____
Signature of Complainant   9-6-22

KEVIN KASPER
Notary Public, Notary Seal
State of Missouri
St. Charles County
Commission # 15386761
My Commission Expires 09-30-2023

Subscribed and sworn to before me this date *(Day, month and Year)*

$2 \text{ of } 2$

MCHR-27-2 AI