# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| WANDA BRANDON, ET AL. | ) |
| | ) |
| Plaintiffs, | )  Case No.: 4:22-cv-00635-SRC |
| | ) |
| vs. | ) |
| | ) |
| BOARD OF EDUCATION | ) |
| OF THE CITY OF ST. LOUIS, ET AL. | ) |
| | ) |
| Defendants. | ) |

## NOTICE OF PARTIAL SETTLEMENT

The parties announce that the claims of Plaintiffs Jamell Wren and Wendy Huddleston have been resolved. The agreement will resolve issues raised by Defendants unique to these Plaintiffs in Defendants' Motion for Summary Judgment alleging they lack standing for the Free Exercise and Equal Protection claims, because they were never disciplined and were allowed to continue working while unvaccinated (Doc. #129, ¶ 8). The parties request that the matter be stayed pertaining to them as they complete the terms of their settlement.

Respectfully submitted,

KASPER LAW FIRM, LLC

By: */s/ Kevin J. Kasper*
Kevin J. Kasper, #52171MO
Ryan P. Schellert, #56710MO
3930 Old Hwy 94 South, Ste. 108
St. Charles, MO 63304
Telephone: (636) 922-7100
Facsimile: (866) 303-2874
kevinkasper@kasperlawfirm.net
ryanschellert@kasperlawfirm.net
*Attorneys for Plaintiff*

MICKES O'TOOLE, LLC

By: /s/ *Jasmine Y. McCormick*
Vincent D. Reese, # 49576(MO)
vreese@mickesotoole.com
Serena S. Wilson-Griffin #58677MO
swilson-griffin@mickesotoole.com
Jasmine Y. McCormick, #66386(MO)
jmccormick@mickesotoole.com
12444 Powerscourt Drive, Suite 400
St. Louis, Missouri 63131
Telephone: (314) 878-5600
Facsimile: (314) 878-5607
*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

      The undersigned certifies that a true and correct copy of the foregoing was filed with the Clerk of the Court using the CM/ECF system to be served by operation of the Court's electronic filing system to all parties of record:

                                        */s/ Kevin J. Kasper*

Case: 4:22-cv-00635-SRC   Doc. #:  174   Filed: 02/21/25   Page: 2 of 2 PageID #: 5715