UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| WANDA BRANDON et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 4:22-cv-00635-SRC |
| ) | |
| BOARD OF EDUCATION OF THE ) | |
| CITY OF ST. LOUIS et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**Judgment**

The Court held a trial by jury in this case. The Court dismissed certain claims, and the jury has rendered its verdict on all remaining claims. In accordance with the verdict, the Court enters judgment as follows.

The Court enters judgment in favor of Plaintiff Wanda Brandon and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $64,000 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Andrew Craig and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $84,368 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Alice Crockett and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $83,470 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Amira Herndon and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $79,703 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Johnnie McCreary and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $93,806 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Tammy O'Connor and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $75,648 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Paul Perniciaro and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $83,929 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Shenicquel Spotts and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $85,042 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff James Apple and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $70,896 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Anthony Comparato and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $73,748 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Marc Ingram and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $73,405 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Anne Gillespie and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $75,209 and punitive damages in the amount of $230,000.

The Court enters judgment in favor of Plaintiff Jeffery McCaw and against Defendant Board of Education of the City of St. Louis for actual damages in the amount of $74,951 and punitive damages in the amount of $230,000.

In sum, the actual damages total $1,018,175 and the punitive damages total $2,990,000; for a total judgment against Defendant Board of Education of the City of St. Louis of $4,008,175.

So ordered this 27th day of June 2025.

_____
STEPHEN R. CLARK
CHIEF UNITED STATES DISTRICT JUDGE