UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| WANDA BRANDON, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Case No. 4:22-CV-00635 SRC |
| v. ) | |
| ) | |
| BOARD OF EDUCATION OF THE CITY OF ) | |
| ST. LOUIS, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT BOARD OF EDUCATION OF THE CITY OF ST. LOUIS' MOTION AS A MATTER OF LAW OR, IN THE ALTERNATIVE, FOR A NEW TRIAL**

COMES NOW Defendant Board of Education of the City of St. Louis (the "District"), by and through their undersigned counsel, and renews its Motion for Judgment as a Matter of Law pursuant to Federal Rule of Civil Procedure 50 (Docs. 338-339) or in the alternative, moves for a new trial pursuant to Federal Rule of Civil Procedure 59. In support of its Motion, the District states as follows:

1. The District moved for judgment as a matter of law pursuant to Federal Rule of Civil Procedure 50 before the conclusion of the jury trial, which this Court denied. (Doc. 338-339).

2. The Court entered Judgment for the thirteen Plaintiffs at the conclusion of the jury trial. (Doc. 348).

3. The District renews its Motion for Judgment as Matter of Law, and in the alternative, moves for a new trial pursuant to Federal Rule of Civil Procedure 59.

4. The District contemporaneously submits a Memorandum of Law in Support of this Motion, and incorporates it into this motion by reference as if fully stated here.

WHEREFORE Defendant Board of Education of the City of St. Louis respectfully requests that this Court issue an Order granting Judgment as a Matter of Law in its favor, or alternatively

grants a new trial, and for such other relief as this Court deems just and proper under the circumstances.

          Respectfully submitted,

          **MICKES O'TOOLE, LLC**

By:   */s/ Vincent D. Reese*
      Vincent D. Reese, # 49576
      vreese@mickesotoole.com
      Serena Wilson-Griffin, #58677
      Swilson-griffin@mickesotoole.com
      Jasmine Y. McCormick, #66386
      jmccormick@mickesotoole.com
      12412 Powerscourt Drive, Suite 200
      St. Louis, Missouri 63131
      Telephone: (314) 878-5600
      Facsimile: (314) 878-5607

*Attorneys for Defendant Board of Education of the City of St. Louis*

## CERTIFICATE OF SERVICE

I hereby certify that on this 25th day of July, 2025, a true and correct copy of the foregoing was filed with the Court's electronic filing system and thereby served via electronic mail to all counsel of record:

KASPER LAW FIRM, LLC
Kevin J. Kasper
Ryan P. Schellert
3930 Old Hwy 94 South - Suite 108
St. Charles, MO 63304
KevinKasper@KasperLawFirm.net
RyanSchellert@KasperLawFirm.net

*Attorneys for Plaintiff*

          */s/ Vincent D. Reese*